# Exhibit K

 

**CoreSource**
*A Trustmark Company*

**Trustmark**
GROUP INSURANCE

Michael J. Hawksworth, FSA, MAAA
*Vice President and Actuary, Corporate*

tel 317.578.2158 x18
800.345.0555 x18
fax 317.578.3308
mike.hawksworth@trustmarkinsurance.com

November 7, 2008

Mr. Matthew Lock, ACII, ARM, AIS
Independent Broking Solutions Ltd.
Ground Floor
9 St. Clare Street
London EC3N 1LQ

**Re:   AH01033/98 - $75,000 xs $25,000, 12 mos. RA @ October 1, 1998**
**AH01034/98 - $400,000 xs $100,000, 12 mos. RA @ October 1, 1998**
**AH01035/98 - $500,000 xs $500,000, 12 mos. RA @ October 1, 1998**

Dear Matthew:

Pursuant to the Panel's order of October 15, 2008 regarding the captioned reinsurance program, Trustmark has prepared a revised billing as of the 3/31/2007 financials previously billed to Clarendon on June 1, 2007. Attached are the revised premium and claims bordereaux, as well as a detailed interest calculation. The results are summarized below:

|  | Premium | Claims | TOTAL |
|---|---|---|---|
| As of 3/31/2007 | 870,696.52 | 3,323,848.23 | (2,453,151.71) |
| Previously Paid | 3,752,827.23 | 3,823,952.78 | (71,125.55) |
| TOTAL DUE | (2,882,130.71) | (500,104.55) | (2,382,026.16) |
| Interest Owed |  |  | (1,346,675.00) |
| **TOTAL NOW DUE** |  |  | **(3,782,701.16)** |

Please note that Trustmark will not be ceding any of its retention on these programs to the 6/1/98 Variable Quota-Share program.

Please forward $3,782,701.16 to Trustmark per the attached wire instructions. Please contact me with any questions you might have.

Best Regards,

Michael J. Hawksworth

9775 Crosspoint Blvd.   •   Suite 118   •   Indianapolis, IN 46256   •   www.trustmarkcompanies.com
*CoreSource is a wholly owned subsidiary of Trustmark Mutual Holding Company*
*Trustmark Group Insurance is a division of Trustmark Life Insurance Company*

CLARENDON0040466

November 1, 2008

RE:   **Trustmark Insurance Company – Current Banking Details**

To Whom It May Concern:

For wire transfers to Trustmark Insurance Company in USD, GBP, or CAD, please use the following banking details:

| | |
|---|---|
| **Bank:** | The Northern Trust Bank<br>350 North Orleans Street<br>Chicago, IL 60654 |
| **Credit Wire Account:** | 5186061000 |
| **Further Credit Account:** | 26-93261 |
| **Account Name:** | Trustmark Insurance Company |
| **ABA Number:** | 071000152 |

*Note: Please mark your wire transfers to refer to "WEB – Reinsurance".*

CLARENDON0040467

# WEB Business - 10/1/98 International XS

Bordereau of Ceded Risks - March 2007

| Our Ref | Reinsured Company | Basis | Effective Date | Description of Program | WEB Signed Line | Gross Premium at March 2007 | Premium Due Reinsurers |
|---|---|---|---|---|---|---|---|
| 1 T98028 | Security Ins Co/Frontier | 12 mo RA | 10/01/98 | Variable Retention XS Treaty | 100.000% | 85,588.44 | 28,244.19 |
| 2 T99020 | Security Ins Co/CraneComp | 12 mo RA | 04/01/99 | 100% QS of $1,000,000 per oc | 100.000% | 1,043,755.49 | 344,439.31 |
| 3 T99021 | Security Ins Co/Horizon | 12 mo RA | 03/01/99 | 100% QS of $1,000,000 per oc | 100.000% | 2,559,005.36 | 844,471.77 |
| 4 T99022 | Security Ins Co/HPP | 12 mo RA | 05/01/99 | 100% QS of $275,000 per occ | 100.000% | 1,516,842.11 | 500,557.90 |
| 5 T99023 | Security Ins Co/USA | 12 mo RA | 02/01/99 | 100% QS of $275,000 per occ | 100.000% | 71,760.25 | 23,680.88 |
| *6 T99035 | Security Ins Co/First Re | 12 mo RA | 01/01/99 | $3M xs $1M per occ | 100.000% | 0.00 | 0.00 |
| TOTALS: | | | | | | 5,276,951.65 | 1,741,394.04 |

* This program was rescinded ab initio by agreement of the parties

CLARENDON0040468

# WEB Business - 10/1/98 International XS

## Financial Information - March 2007

| | Our Ref | Reinsured Company | Estimated Ultimate Premium | Estimated Reinsurance Prem | Recoveries Due on Paid Claims | Recoveries O/S on O/S Claims | Total Paid and O/S Recoveries |
|---|---|---|---|---|---|---|---|
| 1 | T98028 | Security Ins Co/Frontier | 85,588.44 | 28,244.19 | 0.00 | 137,500.00 | 137,500.00 |
| 2 | T99020 | Security Ins Co/CraneComp | 1,043,755.49 | 344,439.31 | 2,339,658.77 | 329,966.78 | 2,669,625.55 |
| 3 | T99021 | Security Ins Co/Horizon | 2,559,006.36 | 844,471.77 | 2,478,652.12 | 1,317,301.09 | 3,795,953.21 |
| 4 | T99022 | Security Ins Co/HPP | 1,516,842.11 | 500,557.90 | 1,829,385.56 | 82,263.27 | 1,911,648.83 |
| 5 | T99023 | Security Ins Co/USA | 71,760.25 | 23,680.88 | 0.00 | 0.00 | 0.00 |
| *6 | T99035 | Security Ins Co/First Re | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTALS: | | 5,276,951.65 | 1,741,394.04 | 6,647,696.45 | 1,867,031.14 | 8,514,727.59 |

* This program was rescinded *ab initio* by agreement of the parties

CLARENDON0040469

## Amounts Due From Clarendon For 10/1/98 International II
### As of 11/14/2008 Using Flat 5% Simple Interest Rate

| Bill Date | Funds Due | Billed/Paid Amount | Rate | Interest Due | |
|---|---|---|---|---|---|
| 11/22/1999 | 11/22/1999 | 2,882,130 | 5.000% | 1,294,098 | Return Prem |
| 9/15/2004 | 10/30/2004 | 2,475,688 | 5.000% | 500,221 | |
| 3/31/2005 | 5/15/2005 | 235,233 | 5.000% | 41,186 | |
| 4/29/2005 | 6/13/2005 | 128,684 | 5.000% | 22,020 | |
| 10/3/2005 | 11/17/2005 | 98,255 | 5.000% | 14,701 | |
| 10/20/2005 | 10/20/2005 | (736,250) | 5.000% | (112,982) | ACP ' 99 |
| 12/5/2005 | 12/5/2005 | (1,551,528) | 5.000% | (228,322) | Hallmark |
| 12/29/2005 | 12/29/2005 | (1,536,175) | 5.000% | (221,016) | MELEX |
| 1/24/2006 | 3/10/2006 | 57,201 | 5.000% | 7,674 | |
| 7/27/2006 | 9/10/2006 | 15,905 | 5.000% | 1,733 | |
| 8/4/2006 | 9/18/2006 | 110,825 | 5.000% | 11,955 | |
| 2/20/2007 | 4/6/2007 | 20,772 | 5.000% | 1,672 | |
| 2/23/2007 | 4/9/2007 | 68,450 | 5.000% | 5,482 | |
| 3/5/2007 | 4/19/2007 | 60,686 | 5.000% | 4,777 | |
| 6/1/2007 | 7/16/2007 | 52,148 | 5.000% | 3,477 | |
| | | 2,382,025 | | 1,346,675 | |

# WEB Business - 10/1/98 International XS

Bordereau of Ceded Risks - March 2007

| | Our Ref | Reinsured Company | Basis | Effective Date | Description of Program | WEB Signed Line | Gross Premium at March 2007 |
|---|---|---|---|---|---|---|---|
| 1 | T98028 | Security Ins Co/Frontier | 12 mo RA | 10/01/98 | Variable Retention XS Treaty | 100.000% | 85,588.44 |
| 2 | T99020 | Security Ins Co/CraneComp | 12 mo RA | 04/01/99 | 100% QS of $1,000,000 per occ | 100.000% | 1,043,755.49 |
| 3 | T99021 | Security Ins Co/Horizon | 12 mo RA | 03/01/99 | 100% QS of $1,000,000 per occ | 100.000% | 2,559,005.36 |
| 4 | T99022 | Security Ins Co/HPP | 12 mo RA | 05/01/99 | 100% QS of $275,000 per occ | 100.000% | 1,516,842.11 |
| 5 | T99023 | Security Ins Co/USA | 12 mo RA | 02/01/99 | 100% QS of $275,000 per occ | 100.000% | 71,760.25 |
| *6 | T99035 | Security Ins Co/First Re | 12 mo RA | 0'/01/99 | $3M xs $1M per occ | 100.000% | 0.00 |
| | TOTALS: | | | | | | 5,276,951.65 |

* This program was rescinded *ab initio* by agreement of the parties

CLARENDON0040471

| | I | J |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Premium | |
| 5 | Due Reinsurers | |
| 6 | 28,244.19 | |
| 7 | | |
| 8 | 344,439.31 | |
| 9 | | |
| 10 | 844,471.77 | |
| 11 | | |
| 12 | 500,557.90 | |
| 13 | | |
| 14 | 23,680.88 | |
| 15 | | |
| 16 | 0.00 | |
| 17 | | |
| 18 | 1,741,394.04 | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

CLARENDON0040472

## WEB Business - 10/1/98 International XS

### Financial Information - March 2007

| | Our Ref | Reinsured Company | Estimated Ultimate Premium | Estimated Reinsurance Prem | Recoveries Due on Paid Claims | Recoveries O/S on O/S Claims |
|---|---|---|---|---|---|---|
| 1 | T98028 | Security Ins Co/Frontier | 85,588.44 | 28,244.19 | 0.00 | 137,500.00 |
| 2 | T98020 | Security Ins Co/CraneComp | 1,043,755.49 | 344,439.31 | 2,339,858.77 | 329,966.78 |
| 3 | T98021 | Security Ins Co/Horizon | 2,559,005.36 | 844,471.77 | 2,478,652.12 | 1,317,301.09 |
| 4 | T98022 | Security Ins Co/HPP | 1,516,842.11 | 500,557.90 | 1,829,385.56 | 82,263.27 |
| 5 | T98023 | Security Ins Co/USA | 71,760.25 | 23,680.88 | 0.00 | 0.00 |
| *6 | T98035 | Security Ins Co/First Re | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTALS: | | 5,276,951.65 | 1,741,394.04 | 6,647,696.45 | 1,867,031.14 |

\* This program was rescinded *ab initio* by agreement of the parties

CLARENDON0040473

| | H | I |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Total Paid and | |
| 5 | O/S Recoveries | |
| 6 | 137,500.00 | |
| 7 | | |
| 8 | 2,669,625.55 | |
| 9 | | |
| 10 | 3,795,953.21 | |
| 11 | | |
| 12 | 1,911,648.83 | |
| 13 | | |
| 14 | 0.00 | |
| 15 | | |
| 16 | 0.00 | |
| 17 | | |
| 18 | 8,514,727.59 | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

CLARENDON0040474

| | A | B | C |
|---|---|---|---|
| 1 | AAL AMERICAN / TRUSTMARK 10/1/1998 XOL (975K XS 25K) | | |
| 2 | | | |
| 3 | | | |
| 4 | GROUP NAME | CLAIM NUMBER | CLAIMANT NAME |
| 5 | SIC4 - Frontier | W0008476 | LEROY, RICKEY |
| 6 | SIC4 - Frontier | W0011314 | PHARR, MARY |
| 7 | SIC4 - Cranecomp | C01206-000006-WC-01 | KODL, JOHN |
| 8 | SIC4 - Cranecomp | C01206-000014-WC-01 | JAMISON, LARRY |
| 9 | SIC4 - Cranecomp | C01206-000025-WC-01 | MELCHER, NEIL |
| 10 | SIC4 - Cranecomp | C01206-000013-WC-01 | KREMPASKY, MICHAEL |
| 11 | SIC4 - Cranecomp | C01206-000030-WC-01 | WAGNER, ROBERT |
| 12 | SIC4 - Cranecomp | C01206-000087-WC-01 | MARTIN, RICHARD |
| 13 | SIC4 - Cranecomp | C01206-000034-WC-01 | ROHR, WILLIAM |
| 14 | SIC4 - Cranecomp | C01206-000050-WC-01 | STEARNS, DIANNE |
| 15 | SIC4 - Cranecomp | C01206-000062-WC-01 | WALDRON, RONALD |
| 16 | SIC4 - Cranecomp | C01206-000073-WC-01 | BOBKO, DEAN |
| 17 | SIC4 - Cranecomp | C01206-000071-WC-01 | KOPCZYNSKI, THOMAS |
| 18 | SIC4 - Cranecomp | C01206-000112-WC-01 | O'HERN, MICHAEL |
| 19 | SIC4 - Cranecomp | C01206-000035-WC-01 | CARTRETTE, JOSEPH |
| 20 | SIC4 - Cranecomp | C01206-000109-WC-01 | SLAY, JACK |
| 21 | SIC4 - Cranecomp | C01206-000127-WC-01 | HUGHES, GEORGE |
| 22 | SIC4 - Cranecomp | C01206-000136-WC-01 | CHRISTENSEN, FRANKLIN |
| 23 | SIC4 - Cranecomp | C01206-000145-WC-01 | GOBER, RONALD |
| 24 | SIC4 - Cranecomp | C01206-000172-WC-01 | DOUPH, KENNETH |
| 25 | SIC4 - Cranecomp | C01206-000184-WC-01 | BISACCIA, SALVADOR |
| 26 | SIC4 - Cranecomp | C01206-000196-WC-01 | KNOLL, JACK |
| 27 | SIC4 - Cranecomp | C01206-000191-WC-01 | SPARRMAN, PETER |
| 28 | SIC4 - Horizon | 1850164476 | CHILCOT, JAMES |
| 29 | SIC4 - Horizon | 1850163005 | LINDINGER, CHARLES |
| 30 | SIC4 - Horizon | 1850163533 | BOND, ENESTHER |
| 31 | SIC4 - Horizon | WC9952002.2 | PATERNO, KERRI |
| 32 | SIC4 - Horizon | WC9953O009 | TYMINSKI, JOHN J |
| 33 | SIC4 - Horizon | WC00G3300.1 | HERNANDEZ, SERGIO |
| 34 | SIC4 - Horizon | 1850163347 | RODGERS, ROBERT |
| 35 | SIC4 - Horizon | 1850163347 | CJDAK, FRANCES |
| 36 | SIC4 - Horizon | 1850163484 | NIEVES, SATURNINO |
| 37 | SIC4 - Horizon | 1850163760 | CUSTANCE, LORRAINE |
| 38 | SIC4 - Horizon | 1850164667 | FRANCIS, KIMBERLY |
| 39 | SIC4 - Horizon | 1850163644 | DARIUS, JUDITH |
| 40 | SIC4 - Horizon | 1410429193 | THALASSINGS, JOHN |
| 41 | SIC4 - Horizon | 1850163693 | MOSIELLO, BARBARA |
| 42 | SIC4 - Horizon | 1850164024 | VILATO, RAQUEL |
| 43 | SIC4 - Horizon | 1850163830 | JABLONSKI, ANTONI |
| 44 | SIC4 - Horizon | 1850163871 | CABIBE, ABDOJ |
| 45 | SIC4 - Horizon | 1850164060 | JOHNSON, ROSEMARY |
| 46 | SIC4 - Horizon | 3410152157 | DREWYOUR, TOM |

CLARENDON0040475

| | D<br>DESCRIPTION OF LOSS |
|---|---|
| 1 | INJURED BACK WHILE ROLLING UP A LARGE HOSE |
| 2 | |
| 3 | |
| 4 | |
| 5 | INJURED BACK WHILE ROLLING UP A LARGE HOSE |
| 6 | CLMT HURT RIGHT ARM WHILE LIFTING |
| 7 | REPAIRING PALLET JACK WHEN UNIT CAME OFF FORKLIFT & FINGER ARM AGAINST DOOR JAMB. |
| 8 | PULLED MUSCLE IN UPPER BACKWHILE REMOVING FORKS FROM A FORKLIFT. |
| 9 | GETTING IN FORKLIFT WHEN STRUCK RT. KNEE ON CORNER OF TRUCK RESULTING IN CONTUSION. |
| 10 | REMOVING PARTS USING A WRENCH WHEN SPRAINED HIS RT. HAND & WRIST. |
| 11 | STATED HE BEGAN HAVING PAIN & NUMBNESS IN LOWER BACK & LT. LEG AREAS DUE TO WORK CONDITION |
| 12 | USING A REICH TO TIGHTEN BOLT & SPRAINED HIS SHOULDER. |
| 13 | LIFTING CAR BATTERIES ONTO SHELF. INJURIES TO RIGHT SHOULDER AND NECK REQUIRING SURGERY. |
| 14 | SITTING AT HER DESK, TWISTED HER CHAIR & HEARD LT. KNEE POP. SUSTAINED DISLOCATED KNEE. |
| 15 | LT. FOOT GOT CAUGHT BETWEEN WHEEL & FRAME/SUSTAINED TISSUE DAMAGE TO LEFT HEEL. |
| 16 | CALLER STATED HE WAS GETTING ONTO SCISSOR LIFT/HIT HEAD ON SAFETY BELT/STRAIN BACK. |
| 17 | WHILE WORKING ON A FORKLIFT, CHANGING A CYL.NDER, IT SLIPPED, INJURING THE EMPLOYEES RIGHT INDEX AND MIDDLE FINGERS. |
| 18 | WHILE LIFTING STEEL BLOCKS, SUSTAINED A SPRAIN TO LOWER BACK. |
| 19 | TRIPPED & FELL OVER FORKLIFT CAUSING STRAIN TO LOWER BACK |
| 20 | REMOVING TIRES OFF OF CRANE WHEN HE FELT PAIN IN LOWER BACK AREA. |
| 21 | WORKING ON LADDER WHEN HE SLIPPED & FELL, INJURING BACK & HIP. |
| 22 | ON RAN RED LIGHT & STRUCK IV, SUSTAINED INTERNAL INJURY. |
| 23 | REACHED UP TO GET PAPERS WITH LT. HAND WHEN HEARD POPPING SOUND/SEVERE PAIN FROM LT. ARM |
| 24 | RE'S VEHICLE WAS HIT HEAD ON BY ANOTHER PICK-UP TRUCK. |
| 25 | CLIMBING UP PIPES WHEN HE FELT A "POP" IN HIS RT. KNEE AREA. |
| 26 | WALKING ON THE GROUND, STEPPED ON POURED CONCRETE, SLIPPED & LANDED ON BACK. |
| 27 | JUMPED FROM THE CAB OF A CRANE & SPRAINED RIGHT KNEE. |
| 28 | CLAIMANT STRUCK IN EYE BY THE METAL END OF BUNGEE CORD, SUFFERED RETINAL INJURY AND LOSS OF VISION. |
| 29 | CLAIMANT LIFTING LARGE ROLL OF PAPER OFF RACK. INJURED LEFT SHOULDER REQUIRING MULTIPLE SURGERIES WHICH RESULTED IN LOSS OF FUNCTION. |
| 30 | EMPLOYEE'S BILATERAL CARPAL TUNNEL SYNDROME AND TRIGGER FINGER CONSIDERED RELATED TO HER ADMINISTRATIVE OFFICE DUTIES. |
| 31 | HE WAS ASSITING A PATIENT FROM A CHAIR TO A WALKER AND THE PATIENT LOST HER BALANCE AND HE PREVENTED THE PATIENT FROM FALLING AND FELT PAIN HER |
| 32 | HE FELL FROM A LADDER APPROX 10 FT AND INJURED HIS RIBS AND FRACTURED HIS SKULL |
| 33 | HE WAS SHEVELING SNOW IN THE COLD WEATHER RECEIVED FROST BITS ON BOTH HAND |
| 34 | SECURING CAR SEATS IN VEHICLE, EMPLOYEE INJURED LOW BACK |
| 35 | EMPLOYEE SUFFERED NECK, BACK AND SHOULDER INJURIES AFTER A WORK RELATED MVA. CO-WORKER WHO WAS DRIVING WAS DETERMINED TO BE AT FAULT FOR THE A |
| 36 | EMPLOYEE SUFFERED A LOW BACK INJURY AFTER LIFTING TIRES IN WAREHOUSE. |
| 37 | TWISTED KNEE WHILE EXITING SCHOOL VAN. |
| 38 | EMPLOYEE BUS REAR END BY OTHER VEHICLE. ALTHOUGH CLAIM OCCURRED IN A NO FAULT STATE, THIRD PARTY CLAIM IS PENDING INTERCOMPANY ARBITRATION. |
| 39 | SCHOOL VAN STRUCK POLE. EMPLOYEE SUFFERED A BACK STRAIN AND RIGHT KNEE INJURY. |
| 40 | TRYING TO ALIGN HOOD, ANOTHER MECHANIC LET GO, CAUSING EMPLOYEE TO TWIST AND INJURE HIS RIGHT SHOULDER. |
| 41 | EMPLOYEE COMPLAINING OF HEAD, NECK AND ARM PAIN AS A RESULT OF BUS DRIVING JOB DUTIES. |
| 42 | DEVELOPED CARPAL TUNNEL FROM DRIVING. |
| 43 | EMPLOYEE INJURED HIS RIGHT ARM AND SHOULDER WHEN WRENCH HE WAS USING SLIPPED OFF NUT. |
| 44 | COMING UP ELEVATOR LIFT, HAND GOT CAUGHT IN LIFT. |
| 45 | NO POWER STEERING PROVIDED TO BUS BEING OPERATED. EMPLOYEE COMPLAINING OF INJURIES TO RIGHT KNEE, NECK AND BACK. |
| 46 | CAUGHT FINGER UNDERNEATH POWER TAP. EMPLOYEE SUFFERED AN AMPUTATION OF LEFT INDEX FINGER. |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 3 | DATE OF | TOTAL ASSUMED | INCURRED | INCURRED | INCURRED | TOTAL INCURRED | INCURRED | TOTAL ASSUMED | PAID |
| 4 | LOSS | INCURRED | 75K XS 25K | 400K XS 100K | 500K XS 500K | 975K XS 25K | RETAINED | PAID | 75K XS 25K |
| 5 | 4/21/1999 | 154,000.00 | 75,000.00 | 54,000.00 | 0.00 | -229,000.00 | 25,000.00 | 0.00 | 0.00 |
| 6 | 7/16/1999 | 33,500.00 | 8,500.00 | 0.00 | 0.00 | 8,500.00 | 25,000.00 | 0.00 | 0.00 |
| 7 | 8/13/1999 | 64,814.03 | 39,814.03 | 0.00 | 0.00 | 39,814.03 | 25,000.00 | 39,814.03 | 39,814.03 |
| 8 | 8/26/1999 | 88,330.77 | 63,330.77 | 0.00 | 0.00 | 63,330.77 | 25,000.00 | 88,330.77 | 63,330.77 |
| 9 | 9/2/1999 | 449,151.63 | 75,000.00 | 349,151.63 | 0.00 | 424,151.63 | 25,000.00 | 449,151.63 | 75,000.00 |
| 10 | 3/8/1999 | 240,967.59 | 75,000.00 | 140,967.59 | 0.00 | 215,967.59 | 25,000.00 | 240,967.59 | 75,000.00 |
| 11 | 9/22/1999 | 34,509.52 | 9,509.52 | 0.00 | 0.00 | 9,509.52 | 25,000.00 | 34,509.52 | 9,509.52 |
| 12 | 10/24/1999 | 37,460.84 | 12,460.84 | 0.00 | 0.00 | 12,460.84 | 25,000.00 | 37,460.84 | 12,460.84 |
| 13 | 10/25/1999 | 279,071.00 | 75,000.00 | 179,071.00 | 0.00 | 254,071.00 | 25,000.00 | 221,019.00 | 75,000.00 |
| 14 | 11/8/1999 | 75,467.43 | 50,467.43 | 0.00 | 0.00 | 50,467.43 | 25,000.00 | 75,467.43 | 50,467.43 |
| 15 | 12/13/1999 | 92,187.90 | 67,187.90 | 0.00 | 0.00 | 67,187.90 | 25,000.00 | 92,187.90 | 67,187.90 |
| 16 | 12/22/1999 | 284,577.59 | 75,000.00 | 184,577.59 | 0.00 | 259,577.59 | 25,000.00 | 284,577.59 | 75,000.00 |
| 17 | 12/29/1999 | 27,341.39 | 2,341.39 | 0.00 | 0.00 | 2,341.39 | 25,000.00 | 27,341.39 | 2,341.39 |
| 18 | 1/27/2000 | 332,033.00 | 75,000.00 | 232,033.00 | 0.00 | 307,033.00 | 25,000.00 | 240,648.78 | 75,000.00 |
| 19 | 2/11/2000 | 293,237.94 | 75,000.00 | 193,237.94 | 0.00 | 268,237.94 | 25,000.00 | 293,237.94 | 75,000.00 |
| 20 | 2/28/2000 | 198,912.00 | 75,000.00 | 98,912.00 | 0.00 | -73,912.00 | 25,000.00 | 147,501.16 | 75,000.00 |
| 21 | 4/4/2000 | 40,231.92 | 15,231.92 | 0.00 | 0.00 | 15,231.92 | 25,000.00 | 40,231.92 | 15,231.92 |
| 22 | 4/25/2000 | 57,887.00 | 32,887.00 | 0.00 | 0.00 | 32,887.00 | 25,000.00 | 56,955.58 | 31,955.58 |
| 23 | 5/5/2000 | 58,187.78 | 33,187.78 | 0.00 | 0.00 | 33,187.78 | 25,000.00 | 58,187.78 | 33,187.78 |
| 24 | 7/13/2000 | 411,498.00 | 75,000.00 | 311,498.00 | 0.00 | 386,498.00 | 25,000.00 | 283,309.70 | 75,000.00 |
| 25 | 8/9/2000 | 26,079.40 | 1,079.40 | 0.00 | 0.00 | 1,079.40 | 25,000.00 | 26,079.40 | 1,079.40 |
| 26 | 8/30/2000 | 40,974.81 | 15,974.81 | 0.00 | 0.00 | 15,974.81 | 25,000.00 | 40,974.81 | 15,974.81 |
| 27 | 9/17/2000 | 61,704.01 | 36,704.01 | 0.00 | 0.00 | 36,704.01 | 25,000.00 | 61,704.01 | 36,704.01 |
| 28 | 8/18/1999 | 166,904.87 | 75,000.00 | 66,904.87 | 0.00 | -41,904.37 | 25,000.00 | 166,904.87 | 75,000.00 |
| 29 | 11/17/1999 | 142,931.01 | 75,000.00 | 42,931.01 | 0.00 | -17,931.01 | 25,000.00 | 142,931.01 | 75,000.00 |
| 30 | 12/1/1999 | 144,400.62 | 75,000.00 | 44,400.62 | 0.00 | -119,400.62 | 25,000.00 | 144,400.62 | 75,000.00 |
| 31 | 12/6/1999 | 1,000,000.00 | 75,000.00 | 400,000.00 | 500,000.00 | 975,000.00 | 25,000.00 | 307,740.55 | 75,000.00 |
| 32 | 12/17/1999 | 133,014.65 | 75,000.00 | 33,014.65 | 0.00 | -108,014.65 | 25,000.00 | 133,014.65 | 75,000.00 |
| 33 | 1/20/2000 | 30,273.31 | 5,273.31 | 0.00 | 0.00 | 5,273.31 | 25,000.00 | 30,273.31 | 5,273.31 |
| 34 | 2/8/2000 | 269,520.21 | 75,000.00 | 169,520.21 | 0.00 | 244,520.21 | 25,000.00 | 137,969.25 | 75,000.00 |
| 35 | 3/2/2000 | 70,616.67 | 45,616.67 | 0.00 | 0.00 | 45,616.67 | 25,000.00 | 52,681.24 | 27,681.24 |
| 36 | 3/9/2000 | 36,377.94 | 11,377.94 | 0.00 | 0.00 | 11,377.94 | 25,000.00 | 36,377.94 | 11,377.94 |
| 37 | 3/20/2000 | 43,360.42 | 18,360.42 | 0.00 | 0.00 | 18,360.42 | 25,000.00 | 43,360.42 | 18,360.42 |
| 38 | 3/29/2000 | 40,029.55 | 15,029.55 | 0.00 | 0.00 | 15,029.55 | 25,000.00 | 20,735.55 | 0.00 |
| 39 | 4/3/2000 | 38,749.91 | 13,749.91 | 0.00 | 0.00 | 13,749.91 | 25,000.00 | 38,749.91 | 13,749.91 |
| 40 | 4/10/2000 | 44,386.91 | 19,386.91 | 0.00 | 0.00 | 19,386.91 | 25,000.00 | 44,386.91 | 19,386.91 |
| 41 | 4/11/2000 | 62,790.58 | 37,790.58 | 0.00 | 0.00 | 37,790.58 | 25,000.00 | 62,790.58 | 37,790.58 |
| 42 | 4/14/2000 | 35,447.35 | 10,447.35 | 0.00 | 0.00 | 10,447.35 | 25,000.00 | 32,731.42 | 7,731.42 |
| 43 | 4/25/2000 | 419,478.02 | 75,000.00 | 319,478.02 | 0.00 | 394,478.02 | 25,000.00 | 154,295.80 | 75,000.00 |
| 44 | 5/9/2000 | 25,975.73 | 975.73 | 0.00 | 0.00 | 975.73 | 25,000.00 | 25,675.73 | 675.73 |
| 45 | 5/5/2000 | 66,970.43 | 41,970.43 | 0.00 | 0.00 | 41,970.43 | 25,000.00 | 66,970.43 | 41,970.43 |
| 46 | 5/6/2000 | 60,141.62 | 35,141.62 | 0.00 | 0.00 | 35,141.62 | 25,000.00 | 60,141.62 | 35,141.62 |

CLARENDON0040477

| | N | O | P | Q |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | PAID | PAID | TOTAL PAID | PAID |
| 4 | 400K XS 100K | 500K XS 500K | 975K XS 25K | RETAINED |
| 5 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | 0.00 | 0.00 | 39,814.03 | 25,000.00 |
| 8 | 0.00 | 0.00 | 63,330.77 | 25,000.00 |
| 9 | 349,151.63 | 0.00 | 424,151.63 | 25,000.00 |
| 10 | 140,967.59 | 0.00 | 215,987.59 | 25,000.00 |
| 11 | 0.00 | 0.00 | 9,509.52 | 25,000.00 |
| 12 | 0.00 | 0.00 | 12,450.84 | 25,000.00 |
| 13 | 121,019.00 | 0.00 | 186,019.00 | 25,000.00 |
| 14 | 0.00 | 0.00 | 59,457.43 | 25,000.00 |
| 15 | 0.00 | 0.00 | 67,187.90 | 25,000.00 |
| 16 | 184,577.59 | 0.00 | 259,577.59 | 25,000.00 |
| 17 | 0.00 | 0.00 | 2,341.39 | 25,000.00 |
| 18 | 140,648.78 | 0.00 | 215,648.78 | 25,000.00 |
| 19 | 193,237.94 | 0.00 | 268,237.94 | 25,000.00 |
| 20 | 47,501.16 | 0.00 | 122,501.16 | 25,000.00 |
| 21 | 0.00 | 0.00 | 15,231.92 | 25,000.00 |
| 22 | 0.00 | 0.00 | 31,955.58 | 25,000.00 |
| 23 | 0.00 | 0.00 | 33,187.78 | 25,000.00 |
| 24 | 183,309.70 | 0.00 | 258,309.70 | 25,000.00 |
| 25 | 0.00 | 0.00 | 1,079.40 | 25,000.00 |
| 26 | 0.00 | 0.00 | 15,974.8: | 25,000.00 |
| 27 | 0.00 | 0.00 | 36,704.0: | 25,000.00 |
| 28 | 66,904.87 | 0.00 | 141,904.87 | 25,000.00 |
| 29 | 42,931.01 | 0.00 | 117,931.0: | 25,000.00 |
| 30 | 44,400.62 | 0.00 | 119,400.62 | 25,000.00 |
| 31 | 207,740.56 | 0.00 | 282,740.56 | 25,000.00 |
| 32 | 33,014.65 | 0.00 | 108,014.65 | 25,000.00 |
| 33 | 0.00 | 0.00 | 5,273.3: | 25,000.00 |
| 34 | 37,969.25 | 0.00 | 112,969.25 | 25,000.00 |
| 35 | 0.00 | 0.00 | 27,681.24 | 25,000.00 |
| 36 | 0.00 | 0.00 | 11,377.94 | 25,000.00 |
| 37 | 0.00 | 0.00 | 18,360.42 | 25,000.00 |
| 38 | 0.00 | 0.00 | 0.00 | 20,735.55 |
| 39 | 0.00 | 0.00 | 13,749.9: | 25,000.00 |
| 40 | 0.00 | 0.00 | 19,386.9: | 25,000.00 |
| 41 | 0.00 | 0.00 | 37,790.58 | 25,000.00 |
| 42 | 0.00 | 0.00 | 7,731.42 | 25,000.00 |
| 43 | 54,295.80 | 0.00 | 129,295.80 | 25,000.00 |
| 44 | 0.00 | 0.00 | 675.73 | 25,000.00 |
| 45 | 0.00 | 0.00 | 41,970.43 | 25,000.00 |
| 46 | 0.00 | 0.00 | 35,141.62 | 25,000.00 |

CLARENDON0040478

| | A | B | C |
|---|---|---|---|
| 47 | SIC4 - Horizon | 1850164039 | THOMAS, LLOYD |
| 48 | SIC4 - Horizon | 1850164378 | MCCULLOCH, ALICE |
| 49 | SIC4 - Horizon | 1850164633 | OTTESEN, WILLIAM |
| 50 | SIC4 - Horizon | 1850164447 | LOGICERO, CAROL |
| 51 | SIC4 - Horizon | 1850164453 | OCASIO, PILAR |
| 52 | SIC4 - Horizon | 1850165075 | LEANDRE, JEAN |
| 53 | SIC4 - Horizon | 1850164625 | OSIAS, JEAN |
| 54 | SIC4 - Horizon | 1850164706 | LAMMIE, ERVE. |
| 55 | SIC4 - Horizon | 1850164854 | FINEROCK, JONATHAN |
| 56 | SIC4 - Horizon | 1850165331 | SINGLETARY, JOSEPH |
| 57 | SIC1 - Horizon | 1850165067 | WATHAS, MAR..A |
| 58 | SIC4 - Horizon | 1850165004 | SALUTRLC, LAWRENCE |
| 59 | SIC4 - Horizon | 1850165265 | HIGGS, MARYANNE |
| 60 | SIC4 - Horizon | 1850165450 | LYLES, TANYA |
| 61 | SIC4 - Horizon | 1850165548 | FRITZ, ROBERT |
| 62 | SIC4 - Horizon | 1850165755 | MCNEIL, JOHN |
| 63 | SIC4 - Horizon | 1850165596 | WOODRUFF, PHILLIP |
| 64 | SIC4 - Horizon | WC01330170 | KIRWAN, JOHN |
| 65 | SIC1 - Horizon | 1410429202 | LOPEZ, ELIZABETH |
| 66 | SIC4 - Horizon | 1850165760 | THOMAS, TIMOTHY |
| 67 | SIC1 - Horizon | 1410429177 | LYNCH, KATHLEEN |
| 68 | SIC4 - Horizon | 1850165870 | BLANKENSHIP, DL |
| 69 | SIC1 - HPP | 3010725451 | SCOTT, ELIZABETH |
| 70 | SIC1 - HPP | 3410151076 | DAMARLINEH, JOHN |
| 71 | SIC1 - HPP | SAC0000081618 | GJAJARDO, MIKE |
| 72 | SIC1 - HPP | 1120571045 | FRANK, HELEN |
| 73 | SIC1 - HPP | 6450170401 | CONTRERAS, GABRIEL |
| 74 | SIC4 - HPP | 6450174111 | RICHARD, RICH |
| 75 | SIC1 - HPP | 3010726963 | WINTERS, SHIRLEY |
| 76 | SIC1 - HPP | 3110192288 | MARCHBANKS, MARTHA |
| 77 | SIC1 - HPP | 3110192295 | GRIGG, CONSTANCE |
| 78 | SIC1 - HPP | SAC0000081710 | LOPEZ, LAURE |
| 79 | SIC1 - HPP | 1850164074 | MCBRIARTY, DOUGLAS |
| 80 | SIC1 - HPP | 3410152362 | FISCHER, WILLIAM |
| 81 | SIC1 - HPP | 1120571208 | BELIN, ANNIE |
| 82 | SIC4 - HPP | 1650164402 | GRODY, THOMAS |
| 83 | SIC1 - HPP | 71901766.3 | DUPUIS, PETER |
| 84 | SIC4 - HPP | 7190176434 | KEMPFE, TIMOTHY |
| 85 | SIC1 - HPP | SAC0000081391 | BURNHAM, MARGARET |
| 86 | SIC1 - HPP | SAC0000081762 | SHEPARD, AMY |
| 87 | SIC4 - HPP | 3110192604 | MC CREATH, VALCFIE |
| 88 | SIC4 - HPP | 3010728631 | MEBANE, BRIAN |
| 89 | SIC1 - HPP | 3010728748 | HUSKEY, ELIZABETH |
| 90 | SIC4 - HPP | 3010729024 | GRAGG, JESSE |
| 91 | SIC1 - HPP | 3010729211 | BRANIC, WILLIE |
| 92 | SIC1 - HPP | 3410153752 | TIMMERMAN, ROGER |

CLARENDON0040479

| | D |
|---|---|
| 47 | MOTOR VEHICLE ACCIDENT-HIT BY ANOTHER DRIVER.  EMPLOYEE SUFFERED LOW BACK AND HIP INJURIES. |
| 48 | TRIPPED WHILE EXITING VEHICLE ON INSURED PREMISES.  SUFFERED INJURY TO LEFT KNEE. |
| 49 | LIFTING SEAT BACKS ONTO A SHELF.  EMPLOYEE COMPLAINING OF LEFT SHOULDER PAIN. |
| 50 | DRIVING BUS WHEN HIT BY ANOTHER VEHICLE. |
| 51 | RIDING ON BUS WHEN BUS HIT ANOTHER VEHICLE. EMPLOYEE COMPLAINING OF INJURIES TO NECK, BACK & LEFT SHOULDER. |
| 52 | MOTOR VEHICLE COLLIDED WITH SCHOOL BUS. SEVERE PAIN IN LEFT SHOULDER, UPPER & LOWER BACK. |
| 53 | REPAIRING BUS, PULLING DOWN ON DRUM. |
| 54 | STATES WHILE MOVING SHELVES, IT HIT HIM IN HEAD. |
| 55 | HANDLING BALL SPREADER TOOL, WAS HIT IN HEAD BY TOOL. |
| 56 | SUFFERED A STROKE - (CLAIMANT STRUCK HIS HEAD WHILE IN THE COURSE AND SCOPE OF EMPLOYMENT.  HE SUFFERED A CLOSED HEAD INJURY AND THE OFFICIAL D |
| 57 | TRYING TO CALM CHILDREN DOWN, THEY BEGAN HITTING ON EB.  (THE CLAIMANT IS EMPLOYED AS A "BUS MATRON".  CHILDREN REFERENCED IN LOSS DESCRIPTION |
| 58 | INSTALLING SHELVING UNIT, SLIPPED ON FLOOR.  EMPLOYEE INJURED HIS RIGHT SHOULDER. |
| 59 | WALKING IN THE BUS YARD & TRIPPED OVER FENCE, FELL ON INSURED PREMISES.  EMPLOYEE SUFFERED A CONCUSSION & INJURIES TO HER LEFT ARM & SHOULDER. |
| 60 | DRIVING BUS, WAS HIT BY ANOTHER VEHICLE. |
| 61 | DIRECTING A BUS, A JACK STAND HIT LEFT FOOT.  EMPLOYEE WORKS AS A MECHANIC IN THE GARAGE.  CO-WORKER DRIVING BUS IN GARAGE BUMPED A JACK STAND |
| 62 | THE BUS THE EMPLOYEE WAS DRIVING WAS CUT OFF BY AN UNIDENTIFIED VEHICLE.  THE EMPLOYEE SERVED AND STRUCK A GUARD RAIL AND TIPPED OVER.  EMPLOYE |
| 63 | EMPLOYEE SUFFERED A LOW BACK INJURY AFTER A LIFTING INCIDENT. |
| 64 | LIFTING PIECE OF MACHINERY INC. LEFT SHOULDER |
| 65 | EMPLOYEE ATTEMPTING TO OPEN BUS DOOR.  THE DOOR WAS APPARENTLY STUCK & THE EMPLOYEE PULLED HARD, STRAINING HER RIGHT SHOULDER. |
| 66 | MAKING LEFT TURN WHEN OTHER VEHICLE HIT BUS.  EMPLOYEE COMPLAINING OF NECK AND BACK PAIN, INCLUDING RIGHT ARM AND LOWER EXTREMITY NUMBNESS. |
| 67 | THE EMPLOYEE WAS ON THE INSURED'S PREMISES WHEN SHE SLIPPED ON ICE AND FELL.  COMPLAINTS OF RIGHT KNEE, ANKLE AND FOOT PAIN. WALKING IN BUS YAR |
| 68 | PICKING UP CONTAINER DOOR THAT FELL OFF, HEARD POP & FELL. |
| 69 | HAD WRECK IN COMPANY VAN.  VAN FLIPPED OVER AND EMPLOYEE LOST CONSCIOUSNESS.  EMPLOYEE UNABLE TO RECALL ACCIDENT DETAILS.  CAUSE OF LOSS WAS DE |
| 70 | PICKED UP A FAN WITH TWO SOLE TURKEYS ON IT.  COMPLAINTS OF LOWER BACK PAIN |
| 71 | BE WAS WALKING WHEN HIS HAND STARTED TO BOTHER HIM. |
| 72 | WHILE WALKING DOWN A FLIGHT OF STAIRS, THE EMPLOYEE TWISTED HER RIGHT KNEE.WALKING ON STAIRS. |
| 73 | WALKING FROM BATHROOM TO SHOE, SLIPPED & FELL. |
| 74 | UNKNOWN - AFTER A LIFTING INCIDENT AT WORK, THE EMPLOYEE ALLEGES NECK AND SHOULDER PAIN. |
| 75 | STEPPING UP ON SIDEWALK & TRIPPED & FELL.  EMPLOYEE FRACTURED HER RIGHT WRIST. |
| 76 | MOTOR VEHICLE ACCIDENT-STRUCK ON DRIVER'S SIDE DOOR.  COMPLAINTS OF LEFT HIP AND LEG PAIN.  PLUS LOW BACK. |
| 77 | STANDING ON CHAIR & FELL OFF.  COMPLAINTS OF NECK AND UPPER BACK PAIN.  ADDITIONAL COMPLAINTS OF RIGHT KNEE PAIN. |
| 78 | HIT TOP OF CHILD'S HEAD WITH HER FOREHEAD. |
| 79 | SETTING UP EQUIPMENT, PIECE GOT AWAY & HIT EE. |
| 80 | CLIENTS FIGHTING-TRIED TO SEPARATE THEM, PUSHED INTO WALL. |
| 81 | LIFTING RESIDENT UP IN BED.  COMPLAINTS OF BI-LATERAL UPPER EXTREMITY PAIN AND LOWER BACK PAIN. |
| 82 | STANDING ON STAGE WHEN EQUIPMENT MOVED TOWARDS HIM.  CLAIMANT JUMPED OFF STAGE, COMPLAINTS OF RIGHT KNEE AFTER LANDING ON FEET. |
| 83 | BE FELL WHILE TRYING TO RESTRAIN AN ESCAPING PATIENT. |
| 84 | FELL FROM TREE/BUILDING ELK STAND.  EMPLOYEE SUFFERED A FRACTURE OF HUMERUS AND SEPERATED PELVIS. |
| 85 | FELL OFF OF HAY STACK. |
| 86 | INJURY TO RIGHT KNEE AFTER STANDING UP FROM A SEATED POSITION ON THE FLOOR. |
| 87 | TRIPPED ON RUG.  EMPLOYEE SUFFERED A LACERATION AND SPRAIN/STRAIN TO LEFT HAND. |
| 88 | BENDING TO TEACH CLIENT TO TIE SHOES. EMPLOYEE ALLEGES LOWER BACK PAIN IS RELATED TO BENDING OVER TO TEACH CLIENT HOW TO TIE SHOES. |
| 89 | LIFTING CLIENT INTO BED.  COMPLAINTS OF LOWER BACK AND NECK PAIN. |
| 90 | ANOTHER EE PUT FORKLIFT IN NEUTRAL WHICH STRUCK EE CAUSING INJURIES TO LEFT KNEE AND ANKLE. |
| 91 | HELPING TO RESTRAIN RESIDENT, WAS KICKED IN KNEE. |
| 92 | SURVEYING WHEN STACK OF BALLS FELL ON HIM.  FRACTURED LEFT ARM AND 2 RIBS.  ADDITIONAL COMPLAINTS OF SHINE & SHOULDER PAIN. |

CLARENDON0040480

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 47 | 5/7/2000 | 54,743.30 | 29,743.30 | 0.00 | 0.00 | 29,743.30 | 25,000.00 | 54,743.30 | 29,743.30 |
| 48 | 7/20/2000 | 49,762.86 | 24,762.86 | 0.00 | 0.00 | 24,762.86 | 25,000.00 | 49,762.86 | 24,762.86 |
| 49 | 7/20/2000 | 56,333.22 | 31,333.22 | 0.00 | 0.00 | 31,333.22 | 25,000.00 | 56,333.22 | 31,333.22 |
| 50 | 7/27/2000 | 188,009.75 | 75,000.00 | 88,009.75 | 0.00 | -63,009.75 | 25,000.00 | 184,909.75 | 75,000.00 |
| 51 | 7/28/2000 | 43,258.73 | 18,258.73 | 0.00 | 0.00 | 18,258.73 | 25,000.00 | 43,258.73 | 18,258.73 |
| 52 | 7/31/2000 | 35,678.78 | 10,678.78 | 0.00 | 0.00 | 10,678.78 | 25,000.00 | 35,678.78 | 10,678.78 |
| 53 | 8/8/2000 | 28,215.59 | 3,215.59 | 0.00 | 0.00 | 3,215.59 | 25,000.00 | 28,215.59 | 3,215.59 |
| 54 | 8/15/2000 | 75,999.97 | 50,999.97 | 0.00 | 0.00 | 50,999.97 | 25,000.00 | 62,693.57 | 37,693.57 |
| 55 | 8/22/2000 | 286,237.72 | 75,000.00 | 188,237.72 | 0.00 | 263,237.72 | 25,000.00 | 171,442.51 | 75,000.00 |
| 56 | 9/4/2000 | 130,447.22 | 75,000.00 | 30,447.22 | 0.00 | -105,447.22 | 25,000.00 | 130,447.22 | 75,000.00 |
| 57 | 9/25/2000 | 76,188.27 | 51,188.27 | 0.00 | 0.00 | 51,188.27 | 25,000.00 | 76,188.27 | 51,188.27 |
| 58 | 10/23/2000 | 250,750.35 | 75,000.00 | 159,750.35 | 0.00 | 225,750.35 | 25,000.00 | 250,750.35 | 75,000.00 |
| 59 | 10/25/2000 | 164,574.67 | 75,000.00 | 64,574.67 | 0.00 | -139,574.67 | 25,000.00 | 105,448.72 | 75,000.00 |
| 60 | 11/13/2000 | 26,318.44 | 1,318.44 | 0.00 | 0.00 | 1,318.44 | 25,000.00 | 26,318.44 | 1,318.44 |
| 61 | 11/27/2000 | 180,458.90 | 75,000.00 | 80,458.90 | 0.00 | -55,458.90 | 25,000.00 | 180,458.90 | 75,000.00 |
| 62 | 12/1/2000 | 50,659.95 | 25,659.95 | 0.00 | 0.00 | 25,659.95 | 25,000.00 | 50,659.95 | 25,659.95 |
| 63 | 12/7/2000 | 67,425.60 | 42,425.60 | 0.00 | 0.00 | 42,425.60 | 25,000.00 | 67,425.60 | 42,425.60 |
| 64 | 12/12/2000 | 75,927.01 | 50,927.01 | 0.00 | 0.00 | 50,927.01 | 25,000.00 | 75,927.01 | 50,927.01 |
| 65 | 12/20/2000 | 50,043.69 | 25,043.69 | 0.00 | 0.00 | 25,043.69 | 25,000.00 | 50,043.69 | 25,043.69 |
| 66 | 1/2/2001 | 25,090.47 | 90.47 | 0.00 | 0.00 | 90.47 | 25,000.00 | 25,090.47 | 90.47 |
| 67 | 1/11/2001 | 43,783.90 | 18,783.90 | 0.00 | 0.00 | 18,783.90 | 25,000.00 | 43,783.90 | 18,783.90 |
| 68 | 1/15/2001 | 27,675.02 | 2,675.02 | 0.00 | 0.00 | 2,675.02 | 25,000.00 | 27,675.02 | 2,675.02 |
| 69 | 9/15/1999 | 82,452.32 | 57,452.32 | 0.00 | 0.00 | 57,452.32 | 25,000.00 | 82,452.32 | 57,452.32 |
| 70 | 10/17/1999 | 88,081.25 | 63,081.25 | 0.00 | 0.00 | 63,081.25 | 25,000.00 | 88,081.25 | 63,081.25 |
| 71 | 2/16/2000 | 42,161.55 | 17,161.55 | 0.00 | 0.00 | 17,161.55 | 25,000.00 | 37,161.55 | 12,161.55 |
| 72 | 4/3/2000 | 34,072.54 | 9,072.54 | 0.00 | 0.00 | 9,072.54 | 25,000.00 | 34,072.54 | 9,072.54 |
| 73 | 4/17/2000 | 52,261.94 | 27,261.94 | 0.00 | 0.00 | 27,261.94 | 25,000.00 | 52,261.94 | 27,251.94 |
| 74 | 4/25/2000 | 164,827.72 | 75,000.00 | 64,827.72 | 0.00 | -39,627.72 | 25,000.00 | 164,827.72 | 75,000.00 |
| 75 | 4/27/2000 | 25,557.96 | 557.96 | 0.00 | 0.00 | 557.96 | 25,000.00 | 25,557.96 | 557.96 |
| 76 | 4/28/2000 | 29,075.93 | 4,075.93 | 0.00 | 0.00 | 4,075.93 | 25,000.00 | 29,075.93 | 4,075.93 |
| 77 | 5/19/2000 | 289,860.21 | 75,000.00 | 189,860.21 | 0.00 | 264,860.21 | 25,000.00 | 289,860.21 | 75,000.00 |
| 78 | 5/31/2000 | 54,824.96 | 29,824.96 | 0.00 | 0.00 | 29,824.96 | 25,000.00 | 54,824.95 | 29,824.96 |
| 79 | 5/22/2000 | 42,038.45 | 17,038.45 | 0.00 | 0.00 | 17,038.45 | 25,000.00 | 42,038.45 | 17,038.45 |
| 80 | 6/29/2000 | 90,025.78 | 65,025.78 | 0.00 | 0.00 | 65,025.78 | 25,000.00 | 39,682.44 | 14,682.44 |
| 81 | 7/6/2000 | 73,678.18 | 48,678.18 | 0.00 | 0.00 | 48,678.18 | 25,000.00 | 73,678.18 | 48,678.18 |
| 82 | 7/31/2000 | 157,656.77 | 75,000.00 | 57,656.77 | 0.00 | -32,656.77 | 25,000.00 | 157,656.77 | 75,000.00 |
| 83 | 7/31/2000 | 127,673.88 | 75,000.00 | 27,673.88 | 0.00 | -102,673.88 | 25,000.00 | 127,505.81 | 75,000.00 |
| 84 | 8/4/2000 | 60,743.83 | 35,743.83 | 0.00 | 0.00 | 35,743.83 | 25,000.00 | 60,743.83 | 35,743.83 |
| 85 | 8/11/2000 | 300,000.00 | 75,000.00 | 200,000.00 | 0.00 | 275,000.00 | 25,000.00 | 300,000.00 | 75,000.00 |
| 86 | 9/1/2000 | 42,684.30 | 17,684.30 | 0.00 | 0.00 | 17,684.30 | 25,000.00 | 42,684.30 | 17,684.30 |
| 87 | 9/22/2000 | 25,307.89 | 307.89 | 0.00 | 0.00 | 307.89 | 25,000.00 | 25,307.89 | 307.89 |
| 88 | 10/2/2000 | 66,672.16 | 41,672.16 | 0.00 | 0.00 | 41,672.16 | 25,000.00 | 66,672.16 | 41,672.16 |
| 89 | 10/16/2000 | 25,643.16 | 643.16 | 0.00 | 0.00 | 643.16 | 25,000.00 | 25,643.16 | 643.16 |
| 90 | 10/31/2000 | 78,077.09 | 53,077.09 | 0.00 | 0.00 | 53,077.09 | 25,000.00 | 78,077.09 | 53,077.09 |
| 91 | 11/7/2000 | 32,899.92 | 7,899.92 | 0.00 | 0.00 | 7,899.92 | 25,000.00 | 32,899.92 | 7,899.92 |
| 92 | 11/8/2000 | 72,132.55 | 47,132.55 | 0.00 | 0.00 | 47,132.55 | 25,000.00 | 72,132.55 | 47,132.55 |

CLARENDON0040481

| | N | O | P | Q |
|---|---|---|---|---|
| 47 | 0.00 | 0.00 | 29,743.30 | 25,000.00 |
| 48 | 0.00 | 0.00 | 24,762.86 | 25,000.00 |
| 49 | 0.00 | 0.00 | 31,333.22 | 25,000.00 |
| 50 | 84,909.75 | 0.00 | 159,909.75 | 25,000.00 |
| 51 | 0.00 | 0.00 | 18,258.73 | 25,000.00 |
| 52 | 0.00 | 0.00 | 10,678.78 | 25,000.00 |
| 53 | 0.00 | 0.00 | 3,215.59 | 25,000.00 |
| 54 | 0.00 | 0.00 | 37,633.57 | 25,000.00 |
| 55 | 71,442.51 | 0.00 | 146,442.5- | 25,000.00 |
| 56 | 30,447.22 | 0.00 | 105,447.22 | 25,000.00 |
| 57 | 0.00 | 0.00 | 51,188.27 | 25,000.00 |
| 58 | 150,750.35 | 0.00 | 225,750.35 | 25,000.00 |
| 59 | 5,448.72 | 0.00 | 80,448.72 | 25,000.00 |
| 60 | 0.00 | 0.00 | 1,318.44 | 25,000.00 |
| 61 | 80,438.90 | 0.00 | 155,458.90 | 25,000.00 |
| 62 | 0.00 | 0.00 | 25,659.95 | 25,000.00 |
| 63 | 0.00 | 0.00 | 42,425.60 | 25,000.00 |
| 64 | 0.00 | 0.00 | 50,927.0- | 25,000.00 |
| 65 | 0.00 | 0.00 | 25,043.69 | 25,000.00 |
| 66 | 0.00 | 0.00 | 90.47 | 25,000.00 |
| 67 | 0.00 | 0.00 | 18,783.90 | 25,000.00 |
| 68 | 0.00 | 0.00 | 2,675.02 | 25,000.00 |
| 69 | 0.00 | 0.00 | 57,452.32 | 25,000.00 |
| 70 | 0.00 | 0.00 | 63,081.25 | 25,000.00 |
| 71 | 0.00 | 0.00 | 12,151.55 | 25,000.00 |
| 72 | 0.00 | 0.00 | 9,072.54 | 25,000.00 |
| 73 | 0.00 | 0.00 | 27,251.94 | 25,000.00 |
| 74 | 64,827.72 | 0.00 | 139,827.72 | 25,000.00 |
| 75 | 0.00 | 0.00 | 557.96 | 25,000.00 |
| 76 | 0.00 | 0.00 | 4,075.93 | 25,000.00 |
| 77 | 189,860.21 | 0.00 | 264,860.2- | 25,000.00 |
| 78 | 0.00 | 0.00 | 29,824.96 | 25,000.00 |
| 79 | 0.00 | 0.00 | 17,038.45 | 25,000.00 |
| 80 | 0.00 | 0.00 | 14,682.44 | 25,000.00 |
| 81 | 0.00 | 0.00 | 48,678.18 | 25,000.00 |
| 82 | 57,656.77 | 0.00 | 132,656.77 | 25,000.00 |
| 83 | 27,505.81 | 0.00 | 102,505.8- | 25,000.00 |
| 84 | 0.00 | 0.00 | 35,743.83 | 25,000.00 |
| 85 | 200,000.00 | 0.00 | 275,000.00 | 25,000.00 |
| 86 | 0.00 | 0.00 | 17,684.30 | 25,000.00 |
| 87 | 0.00 | 0.00 | 307.89 | 25,000.00 |
| 88 | 0.00 | 0.00 | 41,672.16 | 25,000.00 |
| 89 | 0.00 | 0.00 | 643.16 | 25,000.00 |
| 90 | 0.00 | 0.00 | 53,077.09 | 25,000.00 |
| 91 | 0.00 | 0.00 | 7,899.92 | 25,000.00 |
| 92 | 0.00 | 0.00 | 47,132.55 | 25,000.00 |

CLARENDON0040482

| | A | B | C |
|---|---|---|---|
| 93 | SIC4 - HPP | SAC0000081722 | TAYLOR, ANDREA |
| 94 | SIC4 - HPP | 1120671593 | COY, WILLIAM |
| 95 | SIC4 - HPP | SAC0000081536 | MORRIS, EUGENIA |
| 96 | SIC4 - HPP | 1120671648 | WITHERELL, KATHRYN |
| 97 | SIC4 - HPP | SAC0000081799 | SOLARZ, NORMA |
| 98 | SIC4 - HPP | SAC0000081802 | DAVILA, ADELA IORE |
| 99 | SIC4 - HPP | SAC0000081810 | PINA, GABRIELA |
| 100 | SIC4 - HPP | SAC0000076865 | BYRD, MICHELLE |
| 101 | SIC4 - HPP | SAC0000076821 | MEDEIROS, GINA |
| 102 | SIC4 - HPP | SAC0000081782 | JOHNSON, DEBORAH |
| 103 | SIC4 - HPP | SAC0000076866 | MORALES, ELVIRA |
| 104 | | | |
| 105 | | | |
| 106 | | | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | | | |
| 111 | | | |

CLARENDON0040483

| | D |
|---|---|
| 93 | PUTTING UP BABY GATE & USED RIGHT FOOT TO HOLD IN PLACE. |
| 94 | HELPING UNLOAD REFRIGERATORS, NEXT DAY PAIN IN LEG & BUTT. |
| 95 | EE COMING OUT OF OFFICE/CLIENT RAN INTO EE, EE FELL INJURING HER RIGHT KNEE. |
| 96 | PERFORMING REGULAR JOB DUTIES, EE RECEIVED PAIN IN NECK. |
| 97 | EE COMING BACK FROM MEETING WHILE CROSSING STREET, FELL. |
| 98 | TRIPPED & FELL, INJURING KNEE & HITTING SIDE OF HEAD. |
| 99 | TYPING ON KEYBOARD/COMPUTER FOR 5 YEARS. |
| 100 | STANDING ON LADDER TRYING TO RETRIEVE BOX. |
| 101 | EE SHOVED BY STUDENT WHILE HAVING A TANTRUM INTO WALL |
| 102 | EMPLOYEE ALLEGES A CUMULATIVE TRAUMA INJURY. BI-LATERAL CARPAL TUNNEL SYNDROME COMPLAINTS DUE TO REPETITIVE NATURE OF JOB. ADDITIONAL COMPLAI |
| 103 | CHILDCARE WORKER. ALLEGES CUMULATIVE TRAUMA TO BI-LATERAL UPPER EXTREMITIES IS RELATED TO HER EMPLOYMENT |
| 104 | |
| 105 | |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |

CLARENDON0040484

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 93 | 11/12/2000 | 79,809.59 | 54,809.59 | 0.00 | 0.00 | 54,809.59 | 25,000.00 | 79,809.59 | 54,809.59 |
| 94 | 11/14/2000 | 62,124.16 | 37,124.16 | 0.00 | 0.00 | 37,124.16 | 25,000.00 | 62,124.16 | 37,124.16 |
| 95 | 11/16/2000 | 1:6,878.76 | 75,000.00 | 16,878.76 | 0.00 | 91,878.76 | 25,000.00 | 116,878.76 | 75,000.00 |
| 96 | 12/5/2000 | 108,077.70 | 75,000.00 | 8,077.70 | 0.00 | 83,077.70 | 25,000.00 | 108,077.70 | 75,000.00 |
| 97 | 1/4/2001 | 61,729.33 | 36,729.33 | 0.00 | 0.00 | 36,729.33 | 25,000.00 | 49,973.01 | 24,973.01- |
| 98 | 1/11/2001 | 53,015.07 | 28,015.07 | 0.00 | 0.00 | 28,015.07 | 25,000.00 | 53,001.57 | 28,001.57 |
| 99 | 1/18/2001 | 75,018.09 | 50,018.09 | 0.00 | 0.00 | 50,018.09 | 25,000.00 | 75,018.09 | 50,018.09 |
| 100 | 1/21/2001 | 55,324.90 | 30,324.90 | 0.00 | 0.00 | 30,324.90 | 25,000.00 | 55,324.90 | 30,324.90 |
| 101 | 1/30/2001 | 29,665.73 | 4,665.73 | 0.00 | 0.00 | 4,665.73 | 25,000.00 | 29,665.73 | 4,665.73 |
| 102 | 3/27/2001 | 37,070.92 | 12,070.92 | 0.00 | 0.00 | 12,070.92 | 25,000.00 | 37,070.92 | 12,070.92 |
| 103 | 4/1/2001 | 49,524.24 | 24,524.24 | 0.00 | 0.00 | 24,524.24 | 25,000.00 | 34,542.20 | 9,542.20 |
| 104 | | | | | | | | | |
| 105 | TOTALS | 10,985,723 | 4,027,576 | 3,987,152 | 500,000 | 8,514,728 | 2,475,000 | 9,068,432 | 3,811,762 |
| 106 | | | | | | | | | |
| 107 | | | | | | | | | |
| 108 | | | | SICH - Frontier | | -37,500.00 | | | |
| 109 | | | | SICH - Cranecamp | | 2,669,625.55 | | | |
| 110 | | | | SICH - Horizon | | 3,795,953.21 | | | |
| 111 | | | | SICH - HFF | | 1,911,648.93 | | | |

CLARENDON0040485

| | N | O | P | Q |
|---|---|---|---|---|
| 93 | 0.00 | 0.00 | 54,809.59 | 25,000.00 |
| 94 | 0.00 | 0.00 | 37,124.16 | 25,000.00 |
| 95 | 16,878.76 | 0.00 | 91,878.76 | 25,000.00 |
| 96 | 8,077.70 | 0.00 | 83,077.70 | 25,000.00 |
| 97 | 0.00 | 0.00 | 24,973.0- | 25,000.00 |
| 98 | 0.00 | 0.00 | 28,001.57 | 25,000.00 |
| 99 | 0.00 | 0.00 | 50,018.09 | 25,000.00 |
| 100 | 0.00 | 0.00 | 30,324.90 | 25,000.00 |
| 101 | 0.00 | 0.00 | 4,655.73 | 25,000.00 |
| 102 | 0.00 | 0.00 | 12,070.92 | 25,000.00 |
| 103 | 0.00 | 0.00 | 9,542.20 | 25,000.00 |
| 104 | | | | |
| 105 | 2,835,935 | 0 | 6,647,696 | 2,420,736 |
| 106 | | | | |
| 107 | | | | |
| 108 | SIC4 - Frontier | | | |
| 109 | SIC4 - Cranecomp | | 0.00 | |
| 110 | SIC4 - Horizon | | 2,339,658.77 | |
| 111 | SIC4 - HPP | | 2,478,652.12 | |
| | | | 1,829,385.56 | |

CLARENDON0040486