David M. Spector, Esq.
Everett J. Cygal, Esq.
Robert C. Feldmeier, Esq.
Colin M. Proksel, Esq.
SCHIFF HARDIN LLP
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5500

Brian J. Neff, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, New York 10022
Tel: (212) 753-5000

Attorneys for Defendant, Counter-Plaintiff
Trustmark Insurance Company

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
CLARENDON NATIONAL INSURANCE      :
COMPANY and CLARENDON AMERICA     :
INSURANCE COMPANY,                :
                                  :
            *Plaintiffs*,   :
                                  :
   v.                             :
                                  :
TRUSTMARK INSURANCE COMPANY       :
                                  :  09 cv 9896 (BSJ-MHD)
            *Defendant*.    :
------------------------------------------------------------X
TRUSTMARK INSURANCE COMPANY       :
                                  :  **JURY DEMAND**
    *Defendant, Counter-Plaintiff.*   :
                                  :
                                  :
   v.                             :
                                  :
CLARENDON NATIONAL INSURANCE      :
COMPANY and CLARENDON AMERICA     :
INSURANCE COMPANY,                :
                                  :
   *Plaintiffs, Counter-Defendants*. :

## **JURY DEMAND**

Defendant Trustmark Insurance Company, by its undersigned counsel, hereby demands a trial by jury in the above action of all issues so triable.

DATED:    September 1, 2010            SCHIFF HARDIN LLP

By:    /s/ Everett J. Cygal
David M. Spector, Esq.
Everett J. Cygal, Esq.
Robert C. Feldmeier, Esq.
Colin M. Proksel, Esq.
SCHIFF HARDIN LLP
233 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

Brian J. Neff, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044

ATTORNEYS FOR THE
TRUSTMARK INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I, Colin M. Proksel, hereby certify that on September 1, 2010, a copy of the foregoing Trustmark Insurance Company's Jury Demand was served by electronic mail and United States first class mail, postage prepaid, on the following counsel of record:

Robert A. Scher, Esq.
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 338-3405
Fax: (212) 687-2329
rscher@foley.com

Brett H. Ludwig, Esq.
G. Michael Halfenger, Esq.
Brian P. Keenan, Esq.
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: (414) 271-2400
Fax: (414) 297-4900
bludwig@foley.com
mhalfenger@foley.com
bkeenan@foley.com

By: /s/ Colin M. Proksel

Colin M. Proksel, Esq.
SCHIFF HARDIN LLP
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

ATTORNEY FOR THE
TRUSTMARK INSURANCE COMPANY