```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CLARENDON NATIONAL INSURANCE        :
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,                  :

            Plaintiffs,             :    ORDER

       -against-                    :    09 Civ. 9896 (BSJ)(MHD)

TRUSTMARK INSURANCE COMPANY,        :

                                    :
            Defendants.
----------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, SEPTEMBER 21** at **9:00 A.M.** at which time the parties are directed to jointly call chambers at (212) 805-0204 when all parties are on the line. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **September 15, 2010**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed today to:

Brett H. Ludwig
Fax: 414 297 4900

G. Michael Halfenger
Fax: (414) 297-4900

Robert Allen Scher
Fax: (212) 687-2329

Brian P. Keenan
Fax: (414) 297-4900

Brian J. Neff
Fax: (212) 753-5044

Everett Joseph Cygal
Fax: (212)-753-5044

Colin M. Proksel
Fax: (312) 258-5600

David M. Spector
Fax: (212)-753-5044

Robert C. Feldmeier
Fax: (312) 258-5600