UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
Plaintiff,   Clarendon National Insurance Company :
: 09cv9896    (BSJ ) (MHD)
   -v-  :
:
:
Defendant.   Trustmark Insurance Company :
:
:
x
-----------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

☒ Specific Non-Dispositive Motion/Dispute:*
_Filing of exhibits under Seal_

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

All such motions: _____

*Do not check if already referred for general pretrial.

Dated October 14, 2010

SO ORDERED:

_[signature]_

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/10