USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CLARENDON NATIONAL INSURANCE :
COMPANY and CLARENDON AMERICA :
INSURANCE COMPANY, :
: 09 cv 9896 (BSJ) (MHD)
*Plaintiffs*, :
:
v. :
:
TRUSTMARK INSURANCE COMPANY, :
:
*Defendant*. :
:
------------------------------------- X
TRUSTMARK INSURANCE COMPANY, :
:
*Defendant, Counter-Plaintiff*, :
:
v. :
:
CLARENDON NATIONAL INSURANCE :
COMPANY and CLARENDON AMERICA :
INSURANCE COMPANY, :
:
*Plaintiffs, Counter-Defendants*. :
:
------------------------------------- X

## STIPULATION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

WHEREAS, on June 1, 2010, the Court issued a scheduling order directing that the parties submit a joint pre-trial order by October 29, 2010, unless potentially dispositive motions had been filed and served by that date;

WHEREAS, counsel for both parties have met and conferred regarding the filing of potentially dispositive motions and concluded that both parties will be prepared to file such motions on November 19, 2010;

IT IS HEREBY AGREED AND STIPULATED by the undersigned counsel and their respective parties that the deadline for filing potentially dispositive motions is extended by 21-days up to and including November 19, 2010.

Respectfully submitted,

| SCHIFF HARDIN LLP | FOLEY & LARDNER LLP |
|---|---|
| By: _____ <br> David M. Spector, Esq. <br> Everett J. Cygal, Esq. <br> Robert C. Feldmeier, Esq. <br> Colin M. Proksel, Esq. <br> 233 South Wacker Drive <br> Chicago, Illinois 60606 <br> Tel: (312) 258-5500 <br> Fax: (312) 258-5600 <br><br> Brian J. Neff, Esq. <br> 900 Third Avenue <br> New York, New York 10022 <br> Tel: (212) 753-5000 <br> Fax: (212) 753-5044 <br><br> Dated: October 21, 2010 <br><br> *Attorneys for Defendant Trustmark Insurance Company* | By: _____ <br> Robert A. Scher, Esq. <br> 90 Park Avenue <br> New York, New York 10016 <br> Tel: (212) 682-7474 <br> Fax: (212) 687-2329 <br><br> Brett H. Ludwig, Esq. <br> G. Michael Halfenger, Esq. <br> Brian P. Keenan, Esq. <br> 777 E Wisconsin Avenue <br> Milwaukee, WI 53202-5306 <br> Tel: (414) 271-2400 <br> Fax: (414) 297-4900 <br><br> Dated: October 21, 2010 <br><br> *Attorneys for Plaintiffs Clarendon National Insurance Company and Clarendon America Insurance Company* |

**IT IS SO ORDERED**

Dated: New York, New York
_____Oct. 22_____, 2010

_____
Hon. Michael H. Dolinger

CH2\9234835.1

2