

**SCHIFF HARDIN** LLP

Everett J. Cygal
312-258-5783
ecygal@schiffhardin.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/10

233 SOUTH WACKER DRIVE
SUITE 6600
CHICAGO, ILLINOIS 60606

t 312.258.5500
f 312.258.5600
www.schiffhardin.com

November 16, 2010

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Clarendon Nat'l Ins. Co. v. Trustmark Ins. Co., 09 C 9896 (BSJ) (MHD)

Dear Judge Jones:

    We represent Defendant Trustmark Insurance Company ("Trustmark") and write pursuant to paragraph 1.A. of Your Honor's Individual Practices.

    The parties are scheduled to file dispositive motions this Friday, November 19.

    Trustmark respectfully requests that Your Honor grant Trustmark an additional 15 pages for its Memorandum of Law in Support of its Motion for Summary for a total not to exceed 40 pages. Under paragraph 2.B. of Your Honor's Individual Practices, memorandums of law are limited to 25 pages. Trustmark has conferred with counsel for Clarendon and Clarendon does not object to this request.

    Trustmark thanks the Court for its attention to this matter.

                              Respectfully submitted,

                              Everett J. Cygal

cc:    Counsel of Record

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*USDJ*
*11/16/10*

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON