Robert A. Scher, Esq.
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Tel: 212-682-7474
Fax: 212-687-2329

Brett H. Ludwig, Esq. (pro hac vice)
G. Michael Halfenger, Esq. (pro hac vice)
Brian P. Keenan, Esq. (pro hac vice)
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin  53202
Tel:  414-271-2400
Fax:  414-297-4900

*Attorneys for Plaintiffs/Counter-Defendants*
*Clarendon National Insurance Company and*
*Clarendon America Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY and CLARENDON AMERICA INSURANCE COMPANY, | : : : : |
| *Plaintiffs and Counter-Defendants*, | : :  Civil Action No. 09-cv-9896 |
| v. | : : |
| TRUSTMARK INSURANCE COMPANY, | : : |
| *Defendant and Counter-Plaintiff.* | |

-----------------------------------------------------------------x

## MOTION FOR SUMMARY JUDGMENT

The plaintiffs and counter-defendants, Clarendon National Insurance Company and Clarendon America Insurance Company ( "Clarendon") by and through their attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure move the Court for Summary

Judgment in their favor on Counts 1 through 5 of the Plaintiffs' Complaint for breach of contract and Count 6 for declaratory judgment and in their favor dismissing Counts 1 and 2 of Trustmark Insurance Company's Counterclaims in the above captioned proceeding.  In support of their motion, the Plaintiffs incorporate by reference the following:

THE PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; AND

SUPPORTING DECLARATIONS OF ROBERT REPDATH AND BRIAN P. KEENAN.

WHEREFORE, the Plaintiffs respectfully request that the Court grant summary judgment in their favor on all counts of the Plaintiffs' Complaint and all counts .

Respectfully submitted,

Dated:  November 19, 2010  FOLEY & LARDNER LLP

 _s/Brian P. Keenan_____
Robert A. Scher, Esq.
90 Park Avenue
New York, New York 10016-1314
Tel:  212-338-3405
Fax:  212-687-2329

Brett H. Ludwig, Esq. (pro hac vice)
G. Michael Halfenger, Esq. (pro hac vice)
Brian P. Keenan, Esq. (pro hac vice)
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: 414-271-2400
Fax: 414-297-4900

*Attorneys for Plaintiffs/Counter-Defendants*
*CLARENDON NATIONAL INSURANCE*
*COMPANY and CLARENDON AMERICA*
*INSURANCE COMPANY*

MILW_10660731.1

-3-

**CERTIFICATE OF SERVICE**

This certifies that I caused the MOTION FOR SUMMARY JUDGMENT to be served on the parties listed below via the Court's ECF System this 19th day of November, 2010.

| | |
|---|---|
| Everett J. Cygal | Brian J. Neff |
| David M. Spector | SCHIFF HARDIN LLP |
| Robert C. Feldmeier | 900 Third Avenue |
| Colin M. Proksel | Twenty-Third Floor |
| SCHIFF HARDIN LLP | New York, NY 10022 |
| 6600 Sears Tower | |
| Chicago, IL 60606 | |

　_s/Brian P. Keenan_____
Robert A. Scher, Esq.
90 Park Avenue
New York, New York 10016-1314
Tel:  212-338-3405
Fax:  212-687-2329

Brett H. Ludwig, Esq. (pro hac vice)
G. Michael Halfenger, Esq. (pro hac vice)
Brian P. Keenan, Esq. (pro hac vice)
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: 414-271-2400
Fax: 414-297-4900

*Attorneys for Plaintiffs/Counter-Defendants*
*CLARENDON NATIONAL INSURANCE*
*COMPANY and CLARENDON AMERICA*
*INSURANCE COMPANY*

-3-