David M. Spector, Esq.
Everett J. Cygal, Esq.
Robert C. Feldmeier, Esq.
Colin M. Proksel, Esq.
SCHIFF HARDIN LLP
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

Brian J. Neff, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044

Attorneys for Defendant, Counter-Plaintiff
Trustmark Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | | |
|---|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY and CLARENDON AMERICA INSURANCE COMPANY, | : : : | |
| | : | 09 cv 9896 (BSJ) |
| *Plaintiffs*, | : : | |
| v. | : : | **NOTICE OF MOTION AND MOTION** |
| TRUSTMARK INSURANCE COMPANY | : : | |
| *Defendant*. | : | |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Defendant and Counter-Plaintiff's Memorandum of Law in Support of Its Motion for Summary Judgment, Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and Declaration of Raymond J. Lester, Esq. (and exhibits thereto), and any other submissions that shall be made in support of this motion, Defendant and Counter-Plaintiff Trustmark Insurance

Company, by its undersigned counsel, makes a motion before this Court before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, for an order pursuant to Fed. R. Civ. P. 56:

    1. granting Summary Judgment in its favor on Counts I through VI of Plaintiffs and Counter-Defendant's Complaint for breach of contract and declaratory judgment;

    2. granting such other relief as this Court deems just and proper, including attorney's fees and costs to the extent allowed by law.


DATED: November 19, 2010             SCHIFF HARDIN LLP

                                By:  /s/ Everett J. Cygal

                                David M. Spector, Esq.
                                Everett J. Cygal, Esq.
                                Robert C. Feldmeier, Esq.
                                Colin M. Proksel, Esq.
                                SCHIFF HARDIN LLP
                                233 South Wacker Drive
                                Chicago, Illinois 60606
                                Tel: (312) 258-5500
                                Fax: (312) 258-5600

                                Brian J. Neff, Esq.
                                SCHIFF HARDIN LLP
                                900 Third Avenue
                                23rd Floor
                                New York, New York 10022
                                Tel: (212) 753-5000
                                Fax: (212) 753-5044

                                ATTORNEYS FOR THE
                                TRUSTMARK INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, Everett J. Cygal, hereby certify that on November 19, 2010, a copy of the Notice of Motion and Motion, Defendant and Counter-Plaintiff's Memorandum of Law in Support of Its Motion for Summary Judgment, Defendant and Counter-Plaintiff's Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and Declaration of Raymond J. Lester, Esq., were filed with the Clerk of the Court and served on the following counsel of record via the Court's CM/ECF system:

| | |
|---|---|
| Robert A. Scher, Esq.<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NY 10016<br>Tel: (212) 338-3405<br>Fax: (212) 687-2329<br>rscher@foley.com | Brett H. Ludwig, Esq.<br>G. Michael Halfenger, Esq.<br>Brian P. Keenan, Esq.<br>FOLEY & LARDNER LLP<br>777 E. Wisconsin Avenue<br>Milwaukee, WI 53202<br>Tel: (414) 271-2400<br>Fax: (414) 297-4900<br>bludwig@foley.com<br>mhalfenger@foley.com<br>bkeenan@foley.com |

By:  /s/ Everett J. Cygal

Everett J. Cygal, Esq.
SCHIFF HARDIN LLP
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

ATTORNEY FOR THE
TRUSTMARK INSURANCE COMPANY

CH2\9348312.1