

**FOLEY & LARDNER LLP**

**ATTORNEYS AT LAW**

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-53406
414.271.2400 TEL
414.297.4900 FAX
foley.com

November 24, 2010

WRITER'S DIRECT LINE
414.319.7338
bkeenan@foley.com EMAIL

CLIENT/MATTER NUMBER
060098-0343

VIA FACSIMILE: (212)-805-6191

Honorable Barbara S. Jones
United States District Court, Southern District
of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 12/1/10
```

Re: Clarendon National Insurance Company and Clarendon America Insurance Company v. Trustmark Insurance Company, 09 C 9896 (BSJ)

Dear Judge Jones:

Clarendon and Trustmark filed motions for summary judgment last Friday, November 19. Under Rule 56, parties are given 21 days to respond to a motion for summary judgment, and adding the three days for service under Rule 6(d), the date to respond to these motions is December 13, 2010. The response date given when the motions were filed, however, was incorrectly listed as December 6, 2010. The parties agree that the correct response date is December 13, 2010 and request that the response dates for the motions filed on November 19, 2010 be changed to December 13, 2010.

Sincerely,

Brian P. Keenan

cc: Counsel of Record

So Ordered

Barbara J. [signature]
U.S.D.J. 11/29/2010

BOSTON
BRUSSELS
CHICAGO
DETROIT

JACKSONVILLE
LOS ANGELES
MADISON
MIAMI

MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO

SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SHANGHAI

SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C

MILW_10667213.1