**SCHIFFHARDIN**LLP

Everett J. Cygal
312-258-5783
ecygal@schiffhardin.com

233 SOUTH WACKER DRIVE
SUITE 6600
CHICAGO, ILLINOIS 60606

*t* 312.258.5500
*f* 312.258.5600

www.schiffhardin.com



November 24, 2010

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 17D
New York, NY 10007-1312

> Re:    Clarendon National Insurance Company and Clarendon America Insurance Company v.
> Trustmark Insurance Company, 09 C 9896 (BSJ) (MHD)

Dear Magistrate Judge Dolinger:

We represent Defendant Trustmark Insurance Company ("Trustmark") and write pursuant to paragraph 1.A. of Your Honor's Individual Practices.

Trustmark respectfully requests leave to file one (1) exhibit under seal to its Motion for Summary Judgment, which was filed November 19, 2010. As stated in its September 2, 2010 letter, Trustmark believes it must submit this request in accordance with its contractual obligations.

The exhibit, Summary Judgment Exhibit No. 25, is a draft version of the 1999 ACP Settlement Agreement—one of the five Settlement Agreements this Court previously granted leave to file under seal on October 20, 2010. [Doc. No. 61]

Thank you for your consideration of this matter.

Respectfully submitted,

Everett J. Cygal

cc:    Counsel of Record

*ENDORSED ORDER*

*Application granted.*

*11/29/10*



233 South Wacker Drive, Suite 6600, Chicago, Illinois 60606 · 312.258.5500
Facsimile 312.258.5600

| | |
|---|---|
| ATTORNEY NO.: | 1766 |
| CLIENT/MATTER NO.: | 27475-0024 |
| DATE: | November 24, 2010 |

## FACSIMILE TRANSMITTAL SHEET

### TO THE FOLLOWING:

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Magistrate Judge Michael H. Dolinger | United States District Court, Southern District of New York | 1-212-805-7928 | 1-212-805-0204 |
| Brett H. Ludwig, Esq. G. Michael Halfenger, Esq. Brian P. Keenan, Esq. | Foley & Lardner, LLP (Milwaukee) | 1-414-297-4900 | |
| Robert Allen Scher, Esq. | Foley & Lardner, LLP (New York) | 1-212-687-2329 | |

FROM:    Everett J. Cygal                    DIRECT DIAL NO.:    312-258-5783

Transmission consists of cover sheet plus _1_ page(s).

If there are any problems with this transmission, please call 312.258.4811.

COMMENTS:

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU

*(For Internal Use Only)* PLEASE RETURN THIS DOCUMENT TO:

Name:    Everett J. Cygal
SENT OUT:
Date:                    Time:                A.M./P.M.
By:

Transmittal Problems:

|  | | Time |
|---|---|---|
| ☐ | Constant Busy | |
| ☐ | Constant Ringing | |
| ☐ | Bad Line | |
| ☐ | Equipment Problem | |