```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

     *Plaintiffs*,

     v.

TRUSTMARK INSURANCE COMPANY,

     *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TRUSTMARK INSURANCE COMPANY,

     *Defendant, Counter-Plaintiff,*

     v.

CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

     *Plaintiffs, Counter-Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

09 cv 9896 (BSJ) (MHD)

## STIPULATION TO AMEND SUMMARY JUDGMENT FILING DEADLINES

WHEREAS, the parties have filed cross motions for summary judgment;

WHEREAS, under the former version of Rule 56, responses are due December 13, 2010 and replies are due December 30, 2011;

WHEREAS, counsel for both parties have met and conferred regarding the filing of such responses and replies and concluded that each party will be prepared to file its response on December 20, 2010 and its reply on January 13, 2011;

IT IS HEREBY AGREED AND STIPULATED by the undersigned counsel and their respective parties that the deadline for filing summary judgment responses is December 20, 2010 and summary judgment replies is January 13, 2011.

Respectfully submitted,

| SCHIFF HARDIN LLP | FOLEY & LARDNER LLP |
|---|---|
| By: _____ <br> David M. Spector, Esq. <br> Everett J. Cygal, Esq. <br> Robert C. Feldmeier, Esq. <br> Colin M. Proksel, Esq. <br> 233 South Wacker Drive <br> Chicago, Illinois 60606 <br> Tel: (312) 258-5500 <br> Fax: (312) 258-5600 <br><br> Brian J. Neff, Esq. <br> 900 Third Avenue <br> New York, New York 10022 <br> Tel: (212) 753-5000 <br> Fax: (212) 753-5044 <br><br> Dated: December 8, 2010 <br><br> *Attorneys for Defendant Trustmark Insurance Company* | By: _____ <br> Robert A. Scher, Esq. <br> 90 Park Avenue <br> New York, New York 10016 <br> Tel: (212) 682-7474 <br> Fax: (212) 687-2329 <br><br> Brett H. Ludwig, Esq. <br> G. Michael Halfenger, Esq <br> Brian P. Keenan, Esq. <br> 777 E Wisconsin Avenue <br> Milwaukee, WI 53202-5306 <br> Tel: (414) 271-2400 <br> Fax: (414) 297-4900 <br><br> Dated: December 8, 2010 <br><br> *Attorneys for Plaintiffs Clarendon National Insurance Company and Clarendon America Insurance Company* |

**IT IS SO ORDERED**

Dated: New York, New York
       Dec. 9, 2010

_____
Hon. Barbara S. Jones

CH2\9408249.1

2