Robert A. Scher, Esq.
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel:  (212) 682-7474
Fax:  (212) 687-2329

Brett Ludwig, Esq. (pro hac vice)
Brian Keenan, Esq. (pro hac vice)
FOLEY & LARDNER LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202-5306
Tel:  (414) 271-2400
Fax:  (414) 297-4900

*Attorneys for Plaintiffs and Counter-Defendants
Clarendon National Insurance
Company and Clarendon America
Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CLARENDON NATIONAL INSURANCE           :
COMPANY and CLARENDON AMERICA          :
INSURANCE COMPANY,                     :
                                       :  09 cv 9896 (BSJ)
                   Plaintiffs,         :
                                       :
     v.                                :
                                       :
TRUSTMARK INSURANCE COMPANY,           :
                                       :
                   Defendants.         :
------------------------------------- X

**SUMMARY JUDGMENT RESPONSE DECLARATION OF BRIAN P. KEENAN**

Brian P. Keenan, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney representing plaintiffs Clarendon National Insurance Company and Clarendon America Insurance Company (collectively "Clarendon") in the above-captioned action. I make this declaration based on my personal knowledge.

2. Attached to this declaration as Exhibit 66 is a true and correct copy of a June 1, 2007 billing from Trustmark to Clarendon for the 1998 International Treaties, produced by Trustmark in this litigation.

3. Attached to this declaration as Exhibits 67 is a true and correct copy of a May 21, 2007 billing from Trustmark to Clarendon for the 1998 VQS Treaty, produced by Trustmark in this litigation.

4. Attached to this declaration as Exhibit A is a true and correct copy of portions of the deposition of Raymond Lester, both in his individual capacity and as Trustmark's Rule 30(b)(6) representative, taken in this action on August 5, 2010.

5. Attached to this declaration as Exhibit B is a true and correct copy of portions of the deposition of Patrick Fee, taken in this action on September 9, 2010.

MILW_10710480.1

6. Attached to this declaration as Exhibit C is a true and correct copy of portions of the deposition of Robert Redpath, taken in this action on September 30, 2010.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on December 20, 2010

_____
Brian P. Keenan