David M. Spector, Esq.
Everett J. Cygal, Esq.
Robert C. Feldmeier, Esq.
Colin M. Proksel, Esq.
SCHIFF HARDIN LLP
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

Brian J. Neff, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044

Attorneys for Defendant
Trustmark Insurance Company

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/11

ENDORSED ORDER

In view of the District Court's denial of defendant's motion to dismiss,⊗ this motion to strike is denied as moot.

/s/ [signature] (USMJ)
3/25/11

⊗ See Order dated Aug. 18, 2010.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

                           *Plaintiffs*,

     v.

TRUSTMARK INSURANCE COMPANY

                           *Defendant*.
-----------------------------------------------------------------X

09 cv 9896 (BSJ-MHD)

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that upon the accompanying Defendant's Memorandum of Law in Support of Its Motion to Strike Portions of the Declaration of Robert Redpath, the accompanying Declaration of Raymond J. Lester, Esq., and any other submissions that shall be made in support of this motion, Defendant Trustmark Insurance Company, by its undersigned

counsel, makes a motion before this Court before the Honorable Barbara S. Jones, United States District Court for the Southern District of New York, for an order pursuant to Fed. R. Evid. 408:

1. striking portions of the Declaration of Robert Redpath in violation of Fed. R. Evid. 408; and

2. granting such other relief as this Court deems just and proper.

DATED: March 15, 2010                           SCHIFF HARDIN LLP

                                                By: /s/ Everett J. Cygal

                                                David M. Spector, Esq.
                                                Everett J. Cygal, Esq.
                                                Robert C. Feldmeier, Esq.
                                                Colin M. Proksel, Esq.
                                                SCHIFF HARDIN LLP
                                                233 South Wacker Drive
                                                Chicago, Illinois 60606
                                                Tel: (312) 258-5500
                                                Fax: (312) 258-5600

                                                Brian J. Neff, Esq.
                                                SCHIFF HARDIN LLP
                                                900 Third Avenue
                                                23rd Floor
                                                New York, New York 10022
                                                Tel: (212) 753-5000
                                                Fax: (212) 753-5044

                                                ATTORNEYS FOR THE
                                                TRUSTMARK INSURANCE COMPANY