UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

    *Plaintiffs and Counter-Defendants,*

v.

TRUSTMARK INSURANCE COMPANY,

    *Defendant and Counter-Plaintiff.*

-----------------------------------------------------------x

Civil Action No. 09-cv-9896

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/11

## ORDER TO SHOW CAUSE

Upon the accompanying Affidavit of Robert A. Scher, sworn to on March 31, 2011, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all of the prior proceedings herein;

IT IS ORDERED that Defendant shall appear in the courtroom of the Honorable Michael H. Dolinger located at the U.S. Courthouse, Southern District of New York, 500 Pearl St., New York, NY on April 5, 2011 at 9:30 AM/~~PM~~ to show cause why a protective order under N.Y. C.P.L.R. §§ 5238 and 5240 should not be entered preventing the U.S. Marshal from paying funds recently seized from the Plaintiff to the Defendant pursuant to a writ of execution granted in the miscellaneous case *Trustmark Ins. Co. v. Clarendon Nat'l Ins. Co.*, No. 1:11-mc-00006-P1 (S.D.N.Y.) or, if the funds have already been distributed to Defendant, requiring Defendant to pay the funds into the court registry or return the funds to the U.S. Marshal to be held in escrow;

IT IS FURTHER ORDERED that Plaintiffs' counsel shall serve Defendants with this Order and all supporting papers on or before March 31, 2011; ~~and~~ S P M ;

IT IS FURTHER ORDERED, that Defendants' answering papers on this motion shall be served upon Plaintiffs' counsel so as to be received no later than _April 5_, 2011.

SO ORDERED.

Dated: _March 31_, 2011
New York, New York

_____
UNITED STATES MAGISTRATE JUDGE