```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CLARENDON NATIONAL INSURANCE         :
COMPANY, et al.
                                     :

          Plaintiffs,                :    ORDER

     -against-                       :    09 Civ. 9896 (BSJ)(MHD)

TRUSTMARK INSURANCE COMPANY,         :

                                     :
          Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A hearing on plaintiff's March 31, 2011 order to show cause having been held today with counsel for the respective parties, we ordered that plaintiff's motion for a protective order was granted to the extent that the seized funds were to be placed in an escrow account. However, we have been advised by the United States Marshals that payment has been sent as of yesterday to defendant. Under these circumstances, plaintiff is to specify what relief, if any, can be granted.

**Dated: New York, New York**
**April 8, 2011**

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Brett H. Ludwig. Esq.
G. Michael Halfenger, Esq.
Brian P. Keenan, Esq.
Fax: (414) 297 4900

Robert Allen Scher, Esq.
Fax: (212) 687-2329

Brian J. Neff, Esq.
Everett Joseph Cygal, Esq.
David M. Spector, Esq.
Fax: (212) 753-5044

Colin M. Proksel, Esq.
Robert C. Feldmeier, Esq.
Fax: (312) 258-5600