```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CLARENDON NATIONAL INSURANCE         :
COMPANY, et al.
                                     :

              Plaintiffs,            :           ORDER

         -against-                   :      09 Civ. 9896 (BSJ)(MHD)

TRUSTMARK INSURANCE COMPANY,         :

                                     :
              Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

1. Plaintiffs are to serve and file their proposed order for the delivery of seized funds into an escrow account by no later than **TUESDAY, APRIL 12, 2011**.

2. Defendant is to serve and file their response by no later than **THURSDAY, APRIL 14, 2011**.

**Dated:** New York, New York
       April 8, 2011

1

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Brett H. Ludwig. Esq.
G. Michael Halfenger, Esq.
Brian P. Keenan, Esq.
Fax: (414) 297 4900

Robert Allen Scher, Esq.
Fax: (212) 687-2329

Brian J. Neff, Esq.
Everett Joseph Cygal, Esq.
David M. Spector, Esq.
Fax: (212) 753-5044

Colin M. Proksel, Esq.
Robert C. Feldmeier, Esq.
Fax: (312) 258-5600