UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

    *Plaintiffs and Counter-Defendants*,

    v.

TRUSTMARK INSURANCE COMPANY,

    *Defendant and Counter-Plaintiff.*

-----------------------------------------------------------x

Civil Action No. 09-cv-9896

**PROPOSED ORDER**

    This matter having come before the Court upon plaintiffs' motion (the "Motion") by order to show cause dated March 31, 2011 for a protective order, pursuant to N.Y. C.P.L.R. §§ 5238 and 5240, regarding $7,854,921.70 recently seized by the United States Marshal (the "Funds") on behalf of defendant; and the Court having considered the Motion, and all memoranda of law and other papers submitted in support thereof and in opposition thereto; and having heard oral argument on April 8, 2011; and upon learning that the United States Marshal delivered to the defendant on April 7, 2011 the Funds for which plaintiffs seek protection:

    **IT IS ORDERED,** that by _____, 2011 defendant is to deliver the Funds, along with a copy of this Order, to the Clerk of the Court, by check payable to the Clerk of the Court, for deposit in the Court's Registry Interest Bearing account, so that the Funds may be held in escrow pending the resolution of this case.

SO ORDERED.

Dated:   April \_\_\_\_\_, 2011
           New York, New York

                                            HONORABLE MICHAEL H. DOLINGER
                                            UNITED STATES MAGISTRATE JUDGE