## CERTIFICATE OF SERVICE

This certifies that I caused CLARENDON'S PROPOSED ORDER to be served on the parties listed below by electronic mail, per agreement between the parties under Rule 5(b)(2)(E), and via the Court's ECF System this 12th day of April, 2011.

Everett J. Cygal
David M. Spector
Robert C. Feldmeier
Colin M. Proksel
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606

Brian J. Neff
SCHIFF HARDIN LLP
900 Third Avenue
Twenty-Third Floor
New York, NY 10022

  /s/ Robert A. Scher
Robert A. Scher, Esq.
90 Park Avenue
New York, New York 10016-1314
Tel: 212-338-3405
Fax: 212-687-2329

Brett H. Ludwig, Esq.
Brian P. Keenan, Esq.
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: 414-271-2400
Fax: 414-297-4900

*Attorneys for Plaintiffs and Counter-Defendants CLARENDON NATIONAL INSURANCE COMPANY and CLARENDON AMERICA INSURANCE COMPANY*