| | |
|---|---|
| David M. Spector, Esq. | Brian J. Neff, Esq. |
| Everett J. Cygal, Esq. | SCHIFF HARDIN LLP |
| Robert C. Feldmeier, Esq. | 900 Third Avenue |
| Colin M. Proksel, Esq. | 23rd Floor |
| SCHIFF HARDIN LLP | New York, New York 10022 |
| 233 South Wacker Drive | Tel: (212) 753-5000 |
| Chicago, Illinois 60606 | |
| Tel: (312) 258-5500 | Attorneys for Defendant, Counter-Plaintiff |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

        *Plaintiffs*,

   v.

TRUSTMARK INSURANCE COMPANY

        *Defendant*.
---------------------------------------------------------------X    09 cv 9896 (BSJ-MHD)

TRUSTMARK INSURANCE COMPANY

        *Defendant, Counter-Plaintiff*.

   v.

CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

        *Plaintiffs, Counter-Defendants*.
---------------------------------------------------------------X

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Defendant and Counter-Plaintiff's Memorandum of Law in Support of Its Motion to Deny Clarendon's April 12, 2011 Proposed Order and Strike the Court's April 8, 2011 Orders, Declaration of Brian J. Neff, Esq. (and exhibit thereto), and any other submissions that shall be made in support of this motion, Defendant and Counter-Plaintiff Trustmark Insurance Company, by its undersigned counsel, makes a motion before this Court for an order:

1. denying Clarendon's April 12, 2011 Proposed Order [Doc. No. 107];

2. striking the Court's April 8, 2011 Orders [Doc. Nos. 105 & 106]; and

3. granting such other relief as this Court deems just and proper, including attorneys' fees and costs to the extent allowed by law.

DATED:   April 14, 2011               SCHIFF HARDIN LLP

   Brian J. Neff, Esq.                By:   /s/   Brian J. Neff
   SCHIFF HARDIN LLP                        David M. Spector, Esq.
   900 Third Avenue                         Everett J. Cygal, Esq.
   23rd Floor                               Robert C. Feldmeier, Esq.
   New York, New York 10022                 Colin M. Proksel, Esq.
   Tel: (212) 753-5000                      SCHIFF HARDIN LLP
   Fax: (212) 753-5044                      233 S. Wacker Drive
                                            Chicago, Illinois 60606
ATTORNEYS FOR THE                        Tel: (312) 258-5500
TRUSTMARK INSURANCE COMPANY              Fax: (312) 258-5600

NY\50968145.1