| | |
|---|---|
| David M. Spector, Esq. | Brian J. Neff, Esq. |
| Everett J. Cygal, Esq. | SCHIFF HARDIN LLP |
| Robert C. Feldmeier, Esq. | 900 Third Avenue |
| Colin M. Proksel, Esq. | 23rd Floor |
| SCHIFF HARDIN LLP | New York, New York 10022 |
| 233 South Wacker Drive | Tel: (212) 753-5000 |
| Chicago, Illinois 60606 | |
| Tel: (312) 258-5500 | Attorneys for Defendant, Counter-Plaintiff |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

                *Plaintiffs*,

v.

TRUSTMARK INSURANCE COMPANY

                *Defendant.*
-----------------------------------------------------------X    09 cv 9896 (BSJ-MHD)
TRUSTMARK INSURANCE COMPANY

                *Defendant, Counter-Plaintiff.*

v.

CLARENDON NATIONAL INSURANCE
COMPANY and CLARENDON AMERICA
INSURANCE COMPANY,

                *Plaintiffs, Counter-Defendants.*
-----------------------------------------------------------X

**DECLARATION OF BRIAN J. NEFF, ESQ., IN SUPPORT OF
TRUSTMARK'S MOTION TO DENY CLARENDON'S APRIL 12, 2011
PROPOSED ORDER AND STRIKE THE COURT'S APRIL 8, 2011 ORDERS**

I, Brian J. Neff, Esq., make the following Declaration, pursuant to 28 U.S.C. § 1746:

1. I am counsel to the law firm of Schiff Hardin LLP, counsel for Defendant, Counter-Plaintiff Trustmark Insurance Company ("Trustmark"). As such, I am familiar with the proceedings in this case. I submit this Declaration in support of Trustmark's Motion to Deny Clarendon's April 12, 2011 Proposed Order and Strike the Court's April 8, 2011 Orders.

2. Attached as Exhibit 1 is a true and correct copy of the transcript of the hearing conducted in this matter on April 8, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 14, 2011
               New York, New York

By: _____
    Brian J. Neff, Esq.

NY\50967834.1