# FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

CLIENT/MATTER NUMBER
060098-0343

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/11

April 15, 2011

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007
Fax: (212) 805-7928

APR 15

Re: Clarendon Nat'l Ins. Co. and Clarendon America Ins. Co. v. Trustmark Ins. Co., 09 Civ. 9896 (BSJ) (MHD)

Dear Judge Dolinger:

We represent Plaintiffs Clarendon National Insurance Company and Clarendon America Insurance Company ("Clarendon") in the above-captioned action. On April 8, 2011, in follow up to the hearing earlier that day, the Court directed Clarendon to file a proposed order by April 12, 2011. The Court further ordered that Trustmark Insurance Company ("Trustmark") was to file its response by April 14, 2011.

As the Court is aware, on April 14, 2011, Trustmark did not simply respond to Clarendon's proposed order but filed a further motion asking the Court to deny Clarendon's April 12, 2011 proposed order and to strike the Court's April 8, 2011 Orders. Although the Court's initial order did not contemplate additional briefing, given that Trustmark has moved for new relief, Clarendon will, with the Court's permission, file and serve opposition papers on or before April 28, 2011, which is the applicable deadline for such filings pursuant to Local Civil Rule 6.1(b).

Respectfully Submitted,

Robert Sch___ /AGP

Robert A. Scher

RAS:agp
cc:    Brian J. Neff, Esq.
       Fax: (212) 753-5044

ENDORSED
ORDER

Application granted.
/s/ 4/15/11

BOSTON          JACKSONVILLE    MILWAUKEE    SAN DIEGO           SILICON VALLEY
BRUSSELS        LOS ANGELES     NEW YORK     SAN DIEGO/DEL MAR   TALLAHASSEE
CHICAGO         MADISON         ORLANDO      SAN FRANCISCO       TAMPA
DETROIT         MIAMI           SACRAMENTO   SHANGHAI            TOKYO
                                                                 WASHINGTON, D.C.

NYC_1121439.1



**FOLEY & LARDNER LLP**

April 15, 2011
Page 2

      Everett Joseph Cygal, Esq.
      David M. Spector, Esq.
      Colin M. Proskel, Esq.
      Robert C. Feldmeier, Esq.
      Fax: (312) 258-5600

NYC_1121439.1